**J. BRADLEY KLEMM**
**BLAIR STERLING JOHNSON**
**MARTINEZ & LEON GUERRERO**
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

# FILED

DISTRICT COURT OF GUAM

OCT 17 2006

MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL CASE NO. CIV91-00020 |
| Plaintiff, | ) | |
| vs. | ) | **MONITOR'S REPORT** |
| TERRITORY OF G UAM, *et al.*, | ) | |
| Defendants. | ) | |

### I.     BACKGROUND

In the last Monitor's Report which was filed herein on June 24, 2005, it was noted that the remaining issues of significance at the Department of Corrections deal with the fire alarm and sprinkler systems and proper certification of them as operable. Actually the fire alarm and sprinkler systems involved are basically at 3 separate locations. The primary one is the Department of Corrections facilities themselves located in Mangilao. The other two facilities which are also included in the scope of work are (1) the Federal Detention Center in Hagåtña, Guam; and (2) the Hagåtña Detention Facility also located in Hagåtña, Guam.

//

# ORIGINAL

## II. CURRENT STATUS OF CONTRACT

At that time of the last Monitor's Report, the scope of the work for all 3 facilities was set forth in Addendum No. 4 to the contract. A copy of this Addendum is attached to the Monitor's Report which was filed herein on June 24, 2005 as Exhibit "B". The winning bidder of the contract was Kinden Corporation whose bid was $855,545.56. The funding identified at the time of the award of the contract was only $300,000 and therefore the Notice to Proceed was limited to only certain items on the scope of work.

Since that time, additional funding has been identified and the contractor has been notified to proceed with the balance of the contract.

Attached hereto and marked Exhibit 1 is the May 8, 2006 notice from Public Works to Kinden Corporation of the award of the balance of the contract. The Notice to Proceed as to the balance of the contract is attached hereto as Exhibit 2. The contract amount as indicated in the Notice to Proceed is $600,039. Also, as indicated in the Notice to Proceed, the contractor was to fully complete the work within 240 calendar days with a completion date of February 6, 2007.

The contractor's progress in completing the project is reflected in the several invoices from Kinden Corporation. The progress invoices for Progress No. 01, Progress No. 02, Progress //

AIR STERLING JOHNSON
RTINEZ & LEON GUERRERO
PROFESSIONAL CORPORATION
ITE 1008 PACIFIC NEWS BUILDING
I ARCHBISHOP F.C. FLORES STREET
ATNA, GUAM 96910-5205
EPHONE: (671) 477-7857

No. 03 and Progress No. 04 (final) are attached hereto as Exhibit 3.

According to Mr. Joe Mesa, the responsible person at the Department of Corrections which is overseeing these projects, the fire alarm system and the fire sprinkler system at the main facility with the Department of Corrections in Mangilao has been certified as working properly. The Guam Fire Department's Inspection Report and the Certificate of Completion with the main facility in Mangilao is attached hereto as Exhibit 4. Mr. Mesa indicates that the Federal Detention Center and the Hagåtña Detention Facility have not been certified as completed because the Guam Fire Department is unable to properly test it. Apparently, the Federal Detention Center is passable but the Hagåtña Detention Facility has a problem that makes testing impossible. It is my understanding that it has something to do with a defective valve or insufficient water pressure to the Hagåtña Detention Facility. Apparently, there will be a meeting scheduled shortly to attempt to resolve this problem.

The contractor has also submitted documentation involving additional work for the sprinkler/fire alarm system that needs to be done as well as developing a sprinkler system and fire alarm system for Post 8A. This additional work is set forth in the communications from Kinden Corporation to the Department of Public Works for an additional $130,944.50. A copy of this summary of additional work is attached as Exhibit 5.

AIR STERLING JOHNSON
RTINEZ & LEON GUERRERO
PROFESSIONAL CORPORATION
TE 1008 PACIFIC NEWS BUILDING
I ARCHBISHOP F.C. FLORES STREET
2ÅTÑA, GUAM 96910-5205
EPHONE: (671) 477-7857

- 3 -

### III.  SUMMARY

In summary, after some delay, it now appears that funds have been allocated and specifically identified to complete the contract and there has been substantial progress made towards completion of the sprinkler and fire alarm systems.

**RESPECTFULLY SUBMITTED** this _17th_ day of October, 2006.

> **BLAIR STERLING JOHNSON**
> **MARTINEZ & LEON GUERRERO**
> A PROFESSIONAL CORPORATION
>
>
> BY: _____
> **J. BRADLEY KLEMM**
> *Independent Monitor*

**ATTACHMENTS:  EXHIBITS 1 - 5**

C62\79501-03
G:\WORDDOC\PLD\JBK\102-MONITOR'S REPORT
RE USA V TERRITORY OF GUAM.DOC

AIR STERLING JOHNSON
RTINEZ & LEON GUERRERO
PROFESSIONAL CORPORATION
ITE 1008 PACIFIC NEWS BUILDING
I ARCHBISHOP F.C. FLORES STREET
3ATÑA, GUAM 96910-5205
.EPHONE: (671) 477-7857

- 4 -

# EXHIBIT 1

GOVERNOR
**Felix P. Camacho**
LT. GOVERNOR
**Kaleo S. Moylan**



**public works**
DIPATTAMENTON CHE'CHO' PUPBLEKO
DIRECTOR
**Lawrence P. Perez**

MAY 0 3 2005

**Kinden Corporation**
P.O.Box 9609
Tamuning, Guam 96931

Subject: **Upgrading of Fire Alarm / Sprinkler System at DOC Adult Facility in Mangilao and Agana Detention Center in Agana, Project No.: 440-5-1046-F-MAN**

Gentlemen:

The Government of Guam has accepted your bid submitted on May 18, 2005 and entered into a contract last for the subject project and intends to award you the additional remaining works, B2, B3 and M-21 are included as optional work in the contract, *in the amount of Five Hundred Sixty Thousand Nine Hundred Twenty Nine Dollars and 00/100 ($560,929.00).* And for the repair and replacement of INS Fire and Jockey Pump System *in the amount of Thirty Nine Thousand One Hundred Ten Dollars and 00/100 ($39,110.00).*

You are therefore required to submit for inclusion in the formal contract documents within *five (5) working days* after the receipt of this intent of award the following:

    1. Insurance Coverage (Latest)
    2. Written clearance from the Department of Revenue and Taxation (Latest)
    3. Current Contractor's License (Latest)
    4. Performance and Payment Bond *(100% of the Contract Amount)*
    5. Change Order No.1

Should you require additional information regarding this matter, please contact the Capital Improvement Projects and Contracts Administration Section at 646-3117/3189.

Sincerely,

**LAWRENCE P. PEREZ**
Director

**EXHIBIT 1**

# EXHIBIT 2



**GOVERNOR**
Felix P. Camacho
**LT. GOVERNOR**
Kaleo S. Moylan

# public works
DIPÅTTAMENTON CHE'CHO' PUPBLEKO
**DIRECTOR**
Lawrence P. Perez

June 5, 2006

## NOTICE TO PROCEED

To:       **Kinden Corporation**
         P.O. Box 9609
         Tamuning, Guam 96931

**Project Name:**    **Upgrading of Fire Alarm / Sprinkler System at DOC Adult Correction Facility in Mangilao and Agana Detention Center in Agana**

**Project No.:**     440-5-1046-F-MAN

**Contract Amount:**   $600,039.00

**Type of Contract:**   Construction

Gentlemen:

You are hereby notified to commence work on the above contract on **June 6, 2006**. As agreed, you are to fully complete the work within **Two Hundred Forty (240)** calendar days. Your completion date is **February 6, 2007.**

Should you fail to complete the project on said completion date, you will be assessed *Liquidated Damages in the amount of $250.00 per calendar day* as per contract documents.

In case of unforeseeable delay, you are required to notify the Department of Public Works in writing immediately.

Sincerely yours,

**LAWRENCE P. PEREZ**
Director

RECEIVED 06/08/06

# EXHIBIT 3



# Kinden
## CORPORATION
P. O. Box 9609
Tamuning, Guam 96931
Phone: 646-6733 • Fax: 649-9413



## *INVOICE*

**Invoice No.:**  KG007-06-007
**Date:**    February 10, 2006
**Progress No.:** 01

**Project. No.:** 440-51046-F-MAN
**Allotment Number:** 5101H041300IB110230

*Construction Quality Control section*
*Division of Capital Improvement Projects*
*Department of Public Works*
*Government of Guam*
*540 N. Marine Corps Drive*
*Tamuning, Gu 96913*

**Attention:**  **Mr. Ariel C. Evarola**
                **Engineer Supervisor**

*This billing is for the electrical and mechanical labor and materials provided by our company which is specified below.*

**Upgrading of Fire Alarm / Sprikler System at Department of Correction and Adult Facility in Mangilao and Agana Detention Center in Agana (Design-Build)**

| | | |
|---|---|---|
| **Contract Amount** | $ | 294,616.56 |
| **Total Earned to date** | $ | 90,688.86 |
| **Less: Retainage (10%)** | $ | (9,068.89) |
| **Less: Previous Certificate of Payment** | $ | - |
| **Currect Payment due this Invoice** | $ | 81,619.97 |
| **Balance to Finish Including Retainage** | $ | 212,996.59 |
| **Current Payment Due This Invoice** | $ | 81,619.97 |

*I hereby certified that the above invoice is true and correct and payment thereof have not been received. Should you have any questions regarding this matter, please do not hesitate to contact us. Thank you for your cooperation and assistance.*

*Respectfully Submitted,*

*Tomeyoshi Tachibana*
*General Manager*

**EXHIBIT 3**



**CORPORATION**

PROJECT NUMBER: 440-51046-F-MAN
PROJECT NAME: ___ UPGRADING OF FIRE ALARM/SPRINKLER
AT DEPARTMENT OF CORRECTION AND ADULT FACILITY IN
MANGILAO AND AGANA DETENTION CENTER (DESIGN-BUILD)
CONTRACTOR: KINDEN CORPORATION
ALLOTMENT NUMBER: 5101H041300IB110230
CONTRACT PERIOD: 210 DAYS NOTICE TO PROCEED:_____
ESTIMATE PERIOD: From:Nov. 21,2005 To May 14,2006
DATE: Feb.6, 2006   Sheet: ___ of ___ 4

CONSTRUCTION QUALITY CONTROL SECTION
DIVISION OF CAPITAL IMPROVEMENT PROJECTS

Payment Estimate Number: 01

| ITEM NUMBER | ITEM DESCRIPTION | UNIT | QUANTITY TO DATE | ITEM COST | COST TO DATE |
|---|---|---|---|---|---|
| **ITEM B-1** | **FIRE SPRINKLER SYSTEM BUILDING POST 2,3 & 4, ADMINISTRATION BUILDING** | | | | |
| 1 | Engineering and technical services (Design and Planning) | 1 | Lot | 8,990.00 | 8,990.00 |
| **ITEM B-4** | **EXISTING PUMP GEN. HOUSE** | | | | |
| 1 | Check and test existing Fire Pump engine driven ready for use in sprinkler system of INS BUILDING | 1 | Lot | 4,398.00 | 4,398.00 |
| **ITEM B-5** | **FEDERAL DETENTION BUILDING** | | | | |
| 1 | Provide Water Flow Switch, Tamper switch including painting of pipes, checking and certification of Fire sprinkler system | 1 | Lot | 8,548.00 | 8,548.00 |
| **ITEM B-6** | **AGANA PRISON BUILDING** | | | | |
| 1 | Provide Fire Department connection with swing check valve, water flow switch and tamper switch, replace alarm gong fittings and trimmings, rectification of sprinkler riser pipe including certification of Sprinkler System | 1 | Lot | 11,851.00 | 11,851.00 |
| **ITEM B-7** | **ACF-MAIN BUILDING MANGILAO** | | | | |
| 1 | Engineering and technical services (Design and Build) | 1 | Lot | 724.00 | 724.00 |
| 2 | Provide new Fire Dept. Connection with swing check valve, valve pit, pipes and | | | | |
| | | | SUBTOTAL | | 34,511.00 |

**PAYMENT ESTIMATE**



**CORPORATION**

PROJECT NUMBER:  440-51046-F-MAN
PROJECT NAME:  ___ UPGRADING OF FIRE ALARM/SPRINKLER
AT DEPARTMENT OF CORRECTION AND ADULT FACILITY IN
MANGILAO AND AGANA DETENTION CENTER (DESIGN-BUILD)
CONTRACTOR: KINDEN CORPORATION
ALLOTMENT NUMBER: 5101H041300IB110230
CONTRACT PERIOD: 210 DAYS NOTICE TO PROCEED:_____
ESTIMATE PERIOD: From:Nov. 21,2005 To May 14,2006
DATE: Feb.6, 2006  Sheet:_____2_____ of_____4____

CONSTRUCTION QUALITY CONTROL SECTION
DIVISION OF CAPITAL IMPROVEMENT PROJECTS

Payment Estimate Number: 01

| ITEM NUMBER | ITEM DESCRIPTION | UNIT | QUANTITY TO DATE | ITEM COST | COST TO DATE |
|---|---|---|---|---|---|
| 3. | marking sign ready for use. | 1 | Lot | 6,512.42 | 6,512.42 |
| | | | SUBTOTAL | | 6,512.42 |

**PAYMENT ESTIMATE**

# Kinden CORPORATION

PROJECT NUMBER: 440-51046-F-MAN
PROJECT NAME: ___ UPGRADING OF FIRE ALARM/SPRINKLER
AT DEPARTMENT OF CORRECTION AND ADULT FACILITY IN
MANGILAO AND AGANA DETENTION CENTER (DESIGN-BUILD)
CONTRACTOR: KINDEN CORPORATION
ALLOTMENT NUMBER: 5101H041300IB110230
CONTRACT PERIOD: 210 DAYS NOTICE TO PROCEED:_____
ESTIMATE PERIOD: I From:Nov. 21.2005 To May 14.2006
DATE: Feb.6. 2006   ¦Sheet:          2         of          4

CONSTRUCTION QUALITY CONTROL SECTION
DIVISION OF CAPITAL IMPROVEMENT PROJECTS

Payment Estimate Number: 01

| ITEM NUMBER | ITEM DESCRIPTION | UNIT | QUANTITY TO DATE | ITEM COST | COST TO DATE |
|---|---|---|---|---|---|
| | **FIRE ALARM SYSTEM** | | | | |
| **ITEM B-1** | **BUILDING POST 2,3 & 4** | | | | |
| | **ADMINISTRATION MAIN BUILDING** | | | | |
| 1 | Engineering and technical services (Design and Planning) | 1 | Lot | 10,500.00 | 10,500.00 |
| 2 | Photoelectric smoke detector with base | 25 | ea. | 120.00 | 3,000.00 |
| 3 | Heat detector with Base | 8 | ea. | 120.00 | 960.00 |
| 4 | Manual Pull Station with back box | 5 | ea. | 95.00 | 475.00 |
| 5 | Audio/Visual Horn with Back box | 8 | ea. | 150.00 | 1,200.00 |
| 6 | Visual Strobe Light with back box | 6 | ea. | 100.00 | 600.00 |
| 7 | Wires | 15,000 | ft. | 0.25 | 3,750.00 |
| 8 | Boxes | 300 | ea. | 8.60 | 2,580.00 |
| 9 | Pipes | 10500 | ft. | 1.00 | 10,500.00 |
| **ITEM B-4** | **EXISTING PUMP GEN. HOUSE** | | | | |
| | Check and test existing Fire Pump engine driven ready for use in sprinkler system of INS BUILDING | 1 | Lot | 6,406.98 | 6,406.98 |
| **ITEM B-6** | **AGANA PRISON BUILDING** | | | | |
| | Technical services to repair the existing Fire Alarm System and ready to use | 1 | Lot | 9,694.56 | 9,694.56 |
| | | | **SUBTOTAL** | | 49,666.54 |

PAYMENT ESTIMATE

Case 1:91-cv-00020     Document 126     Filed 10/17/2006     Page 13 of 29



**CORPORATION**

PROJECTNUMBER: 440-61046-F-MAN
PROJECT NAME: UPGRADING OF FIRE ALRM/SPRINKLER SYSTEM
AT DEPARTMENT OF CORRECTION AND ADULT FACILITY IN MANG-
LAO AND AGANA DETENTION CENTERIN AGANA (DESIGN-BUILD)
CONTRACTOR: KINDEN CORPORATION
ALLOTMENT NUMBER: 5101H041300IB110230
CONTRACT PERIOD: 210 DAYS          NOTICE TO PROCEED: _____
ESTIMATE PERIOD: From Nov. 21, 2005          To: May 14, 2006

Date: Feb.06. 2006          SI Sheet: 4    of          4

CONSTRUCTION QUALITY CONTROL SECTION
DIVISION OF CAPITAL IMPROVEMENT PROJECTS
Payment Estimate Number : 01

| ITEM NUMBER | ITEM DESCRIPTION | UNIT | QUANTITY TO DATE | ITEM COST | COST TO DATE |
|---|---|---|---|---|---|
| | **SUMMARY** | | | | |
| A. | **FIRE SPRINKLER SYSTEM** | | | | |
| | PAGE - 1 | | | | 34,511.00 |
| | PAGE - 2 | | | | 6,512.42 |
| B. | **FIRE ALARM SYSTEM** | | | | |
| | PAGE - 1 | | | | 49,666.54 |
| | TOTAL CONTRACT PRICE | | | | $294,616.56 |

| | |
|---|---|
| I certify that the work covered by this estimate has been completed with the contract terms. | Total Cost To Date: $90,689.96 |
| | Less 10% Retained: $9,068.99 |
| _[signature]_          2-10-06 | Total Amount Payable: $81,619.97 |
| Prepared By:          Date | Less Previous Payment: $0.00 |
| | Amount Payable This Estimate: $81,619.97 |
| ARIEL C. EVAROLA, ENGR. SUPERVISOR  Date | |
| Reviewed by: | Time Elapsed: 44.57% |
| | Work completed: 30.78% |
| LIBERTY A. PEREZ,P.E.,Chief Engineer-CIP | |
| Recommended Approval By: | Approval For Payment: |
| _____ Date | |
| LUIS PAULINO | |
| Certified Funds Available: | |
| _____ Date | |
| Certifying Officer | Director          Date |
| Department of Correction | Department of Public Works |

Case 1:91-cv-00020          Document 126          Filed 10/17/2006          Page 14 of 29



# Kinden
## CORPORATION
P. O. Box 9609
Tamuning, Guam 96931
Phone: 646-6733 • Fax: 649-9413

# *INVOICE*

*Invoice No.:*   KG007-06-013/14
*Date:*   March 22, 2006
*Progress No.:* 02

*Project. No.: 440-51046-F-MAN*
*Allotment Number: 5101H041300IB110230*

*Construction Quality Control section*
*Division of Capital Improvement Projects*
*Department of Public Works*
*Government of Guam*
*540 N. Marine Corps Drive*
*Tamuning, Gu 96913*

*Attention:*   **Mr. Ariel C. Evarola**
              **Engineer Supervisor**

*This billing is for the electrical and mechanical labor and materials provided by our company which is specified below.*

**Upgrading of Fire Alarm / Sprikler System at Department of Correction and Adult Facility in Mangilao and Agana Detention Center in Agana (Design-Build)**

| | | |
|---|---|---|
| **Contract Amount** | $ | 294,616.56 |
| **Total Earned to date** | $ | 197,345.30 |
| **Less: Retainage (10%)** | **$** | **(19,734.53)** |
| **Total Earned Less Retainage** | $ | 177,610.77 |
| **Less: Previous Certificate of Payment** | $ | - |
| **Less: Unpaid Invoices** | $ | 81,619.97 |
| **Currect Payment due this Invoice** | $ | 95,990.80 |
| **Balance to Finish Including Retainage** | $ | 198,625.76 |
| **Current Payment Due This Invoice** | **$** | **95,990.80** |

*I hereby certified that the above invoice is true and correct and payment thereof have not been received. Should you have any questions regarding this matter, please do not hesitate to contact us. Thank you for your cooperation and assistance.*

*Respectfully Submitted,*

*Tomeyoshi Tachibana*
*General Manager*





PROJECT NUMBER: 440-51046-F-MAN
PROJECT NAME:    UPGRADING OF FIRE ALARM/SPRINKLER
AT DEPARTMENT OF CORRECTION AND ADULT FACILITY IN
MANGILAO AND AGANA DETENTION CENTER (DESIGN-BUILD)
CONTRACTOR: KINDEN CORPORATION
ALLOTMENT NUMBER: 5101H041300IB110230
CONTRACT PERIOD: 210 DAYS  NOTICE TO PROCEED:_____
ESTIMATE PERIOD: I From:Nov. 21,2005 To May 14,2006
Date: March 21,2006  Sheet:        I      of        6

CONSTRUCTION QUALITY CONTROL SECTION
DIVISION OF CAPITAL IMPROVEMENT PROJECTS

Payment Estimate Number 02

| ITEM NUMBER | ITEM DESCRIPTION | UNIT | QUANTITY TO DATE | ITEM COST | COST TO DATE |
|---|---|---|---|---|---|
| | **FIRE SPRINKLER SYSTEM** | | | | |
| ITEM B-1 | **BUILDING POST 2,3 & 4, ADMINISTRATION BUILDING** | | | | |
| 1 | Engineering and technical services (Design and Planning) | 1 | Lot | 8,990.00 | 8,990.00 |
| 2 | Sprinkler Pipe w/ Fittings | | | | |
| | B.I. Pipe - 4" dia. | L.F. | 350 | 15,004.50 | 15,004.50 |
| | "    " - 2" dia. | L.F. | 45 | 666.00 | 666.00 |
| | "    " - 1 1/2" dia. | L.F. | 40 | 464.40 | 464.40 |
| | "    " - 1 1/4" dia. | L.F. | 25 | 252.50 | 252.50 |
| | "    " - 1" dia. | L.F. | 250 | 2,280.00 | 2,280.00 |
| ITEM B-4 | **EXISTING PUMP GEN. HOUSE** | | | | |
| 1 | Check and test existing Fire Pump engine driven ready for use in sprinkler system of INS BUILDING | 1 | Lot | 4,398.00 | 4,398.00 |
| ITEM B-5 | **FEDERAL DETENTION BUILDING** | | | | |
| 1 | Provide Water Flow Switch, Tamper switch including painting of pipes, checking and certification of Fire sprinkler system | 1 | Lot | 8,548.00 | 8,548.00 |
| ITEM B-6 | **AGANA PRISON BUILDING** | | | | |
| 1 | Provide Fire Department connection with swing check valve, water flow switch and tamper gong switch, replace alarm gong fittings and trimmings, rectification of sprinkler riser pipe including certification of Sprinkler System | 1 | Lot | 11,851.00 | 11,851.00 |
| | | | | | 52,454.40 |

PAYMENT ESTIMATE



| | |
|---|---|
| PROJECT NUMBER: 440-51046-F-MAN | |
| PROJECT NAME: UPGRADING OF FIRE ALARM/SPRINKLER AT DEPARTMENT OF CORRECTION AND ADULT FACILITY IN MANGILAO AND AGANA DETENTION CENTER (DESIGN-BUILD) | |
| CONTRACTOR: KINDEN CORPORATION | |
| ALLOTMENT NUMBER: 5101H041300IB110230 | |
| CONTRACT PERIOD: 210 DAYS NOTICE TO PROCEED:_____ | |
| ESTIMATE PERIOD: I From: Nov. 21,2005 To May 14,2006 | |
| Date: March 21,2006 Sheet: 2 of 6 | |

CONSTRUCTION QUALITY CONTROL SECTION
DIVISION OF CAPITAL IMPROVEMENT PROJECTS

Payment Estimate Number 02

| ITEM NUMBER | ITEM DESCRIPTION | UNIT | QUANTITY TO DATE | ITEM COST | COST TO DATE |
|---|---|---|---|---|---|
| ITEM B-7 | ACF-MAIN BUILDING MANGILAO | | | | |
| 1 | Engineering and technical services (Design and Build) | 1 | Lot | 724.00 | 724.00 |
| 2 | Provide new Fire Dept. Connection with swing check valve, valve pit, pipes and marking sign ready for use. | 1 | Lot | 6,512.42 | 6,512.42 |
| | | | SUBTOTAL | | 7,236.42 |

PAYMENT ESTIMATE



| PROJECT NUMBER: 440-51046-F-MAN |
| PROJECT NAME: UPGRADING OF FIRE ALARM/SPRINKLER AT DEPARTMENT OF CORRECTION AND ADULT FACILITY IN MANGILAO AND AGANA DETENTION CENTER (DESIGN-BUILD) |
| CONTRACTOR: KINDEN CORPORATION |
| ALLOTMENT NUMBER: 5101H0413001B110230 |
| CONTRACT PERIOD: 210 DAYS NOTICE TO PROCEED: |
| ESTIMATE PERIOD: I From:Nov. 21,2005 To May 14,2006 |
| Date: March 21,2006   Sheet:    3    of    6 |

CONSTRUCTION QUALITY CONTROL SECTION
DIVISION OF CAPITAL IMPROVEMENT PROJECTS

Payment Estimate Number 02

| ITEM NUMBER | ITEM DESCRIPTION | UNIT | QUANTITY TO DATE | ITEM COST | COST TO DATE |
|---|---|---|---|---|---|
| | **FIRE ALARM SYSTEM** | | | | |
| **ITEM B-1** | **BUILDING POST 2,3 & 4** | | | | |
| | **ADMINISTRATION MAIN BUILDING** | | | | |
| 1 | Engineering and technical services (Design and Planning) | 1 | Lot | 10,500.00 | 10,500.00 |
| 2 | Fire Alarm Panel | 1 | Lot | 55,692.94 | 55,692.94 |
| 3 | Radio Receiver complete with anntenae kit 100' coax cable, thermat printer with Battery back-up | 1 | Lot | 7,950.00 | 7,950.00 |
| 4 | System printer desk mounted | 1 | ea. | 800.00 | 800.00 |
| 5 | Photoelectric smoke detector with base | 51 | ea. | 6,120.00 | 6,120.00 |
| 6 | Heat detector with Base | 18 | ea. | 2,160.00 | 2,160.00 |
| 7 | Manual Pull Station with back box | 23 | ea. | 2,185.00 | 2,185.00 |
| 8 | Monitor Module for flow switch | 1 | ea. | 85.00 | 85 |
| 9 | Audio/Visual Horn with Back box | 26 | ea. | 3,900.00 | 3,900.00 |
| 10 | Visual Strobe Light with back box | 14 | ea. | 1,400.00 | 1,400.00 |
| 11 | Control Module for Ansul Hood System | 6 | ea. | 510.00 | 510.00 |
| 12 | Wires | 29,800 | ft. | 7,450.00 | 7,450.00 |
| 13 | Boxes | 500 | ea. | 4,300.00 | 4,300.00 |
| 14 | Pipes | 18500 | ft. | 18,500.00 | 18,500.00 |
| | | | **SUBTOTAL** | | 121,552.94 |

**PAYMENT ESTIMATE**



| PROJECT NUMBER:  440-51046-F-MAN |
| --- |
| PROJECT NAME:     UPGRADING OF FIRE ALARM/SPRINKLER AT DEPARTMENT OF CORRECTION AND ADULT FACILITY IN MANGILAO AND AGANA DETENTION CENTER (DESIGN-BUILD) |
| CONTRACTOR: KINDEN CORPORATION |
| ALLOTMENT NUMBER: 5101H041300IB110230 |
| CONTRACT PERIOD: 210 DAYS  NOTICE TO PROCEED:_____ |
| ESTIMATE PERIOD: I From:Nov. 21,2005 To  May 14,2006 |
| Date: March 21,2006   Sheet:____4____ of ____6____ |

CONSTRUCTION QUALITY CONTROL SECTION
DIVISION OF CAPITAL IMPROVEMENT PROJECTS

Payment Estimate Number 02

| ITEM NUMBER | ITEM DESCRIPTION | UNIT | QUANTITY TO DATE | ITEM COST | COST TO DATE |
| --- | --- | --- | --- | --- | --- |
| ITEM B-4 | EXISTING PUMP GEN. HOUSE Check and test existing Fire Pump engine driven ready for use in sprinkler system of INS BUILDING | 1 | Lot | 6,406.98 | 6,406.98 |
| ITEM B-6 | AGANA PRISON BUILDING Technical services to repair the existing Fire Alarm System and ready to use | 1 | Lot | 9,694.56 | 9,694.56 |
| | | | TOTAL | | 16,101.54 |

PAYMENT ESTIMATE



**CORPORATION**

| PROJECT NUMBER: 440-51046-F-MAN |
|---|
| PROJECT NAME: UPGRADING OF FIRE ALARM/SPRINKLER AT DEPARTMENT OF CORRECTION AND ADULT FACILITY IN MANGILAO AND AGANA DETENTION CENTER (DESIGN-BUILD) |
| CONTRACTOR: KINDEN CORPORATION |
| ALLOTMENT NUMBER: 5101H041300IB110230 |
| CONTRACT PERIOD: 210 DAYS NOTICE TO PROCEED: |
| ESTIMATE PERIOD: I From: Nov. 21,2005 To May 14,2006 |
| Date: March 21,2006   Sheet:        5        of         6 |

CONSTRUCTION QUALITY CONTROL SECTION
DIVISION OF CAPITAL IMPROVEMENT PROJECTS

Payment Estimate Number 02

| ITEM NUMBER | ITEM DESCRIPTION | UNIT | QUANTITY TO DATE | ITEM COST | COST TO DATE |
|---|---|---|---|---|---|
| A. | SUMMARY<br>FIRE SPRINKLER SYSTEM<br>PAGE - 1<br>PAGE - 2 | | | | 52,454.40<br>7,236.42 |
| B. | FIRE ALARM SYSTEM<br>PAGE - 1<br>PAGE - 2 | | | | 121,552.94<br>16,101.54 |
| | | | | SUBTOTAL | 197,345.30 |

**PAYMENT ESTIMATE**



**CORPORATION**

PROJECTNUMBER: 440-51046-F-MAN
PROJECT NAME: UPGRADING OF FIRE ALRM/SPRINKLER SYSTEM
AT DEPARTMENT OF CORRECTION AND ADULT FACILITY IN MANG-
LAO AND AGANA DETENTION CENTERIN AGANA (DESIGN-BUILD)
CONTRACTOR: KINDEN CORPORATION
ALLOTMENT NUMBER: 5101H041300IB110230
CONTRACT PERIOD: 210 DAYS        NOTICE TO PROCEED: _____
ESTIMATE PERIOD: From Nov. 21, 2005          To: May 14, 2006

Date: Feb.06, 2006     SI  Sheet:   6    of              6

CONSTRUCTION QUALITY CONTROL SECTION
DIVISION OF CAPITAL IMPROVEMENT PROJECTS
Payment Estimate Number:  02

| ITEM NUMBER | ITEM DESCRIPTION | UNIT | QUANTITY TO DATE | ITEM COST | COST TO DATE |
|---|---|---|---|---|---|
| | **SUMMARY** | | | | |
| **A.** | **FIRE SPRINKLER SYSTEM** | | | | |
| | PAGE - 1 | | | | 52,454.40 |
| | PAGE - 2 | | | | 7,236.42 |
| **B.** | **FIRE ALARM SYSTEM** | | | | |
| | PAGE - 1 | | | | 121,552.94 |
| | PAGE - 2 | | | | 16,101.54 |
| | TOTAL CONTRACT PRICE | | | | $294,616.56 |

| | |
|---|---|
| I certify that the work covered by this estimate has been completed with the contract terms. | Total Cost To Date $197,345.30 |
| | Less 10% Retained $19,734.53 |
| ~~Tomeyoshi Tachibana~~    *March 22, 2006* | Total Amount Payable $177,610.77 |
| Prepared By:             Date | Less Previous Payment $81,619.97 |
| | Amount Payable |
| | This Estimate $95,990.80 |
| ARIEL C. EVAROLA, ENGR. SUPERVISOR  Date | Time Elaosed: 73.33% |
| Reviewed by: | Work completed: 67% |
| LIBERTY A. PEREZ,P.E.,Chief Engineer-CIP | |
| Recommended Approval By:      _____ | Approval For Payment: |
| | Date |
| LUIS PAULINO | |
| Certified Funds Available: | |
| | Date |
| Certifying Officer | Director            Date |
| Department of Correction | Department of Public Works |



# Kinden
## CORPORATION
P. O. Box 9609
Tamuning, Guam 96931
Phone: 646-6733 • Fax: 649-9413

# *INVOICE*

*Invoice No.:*   *KG007-06-021/022*        *Project. No.: 440-51046-F-MAN*
*Date:*   *May 8, 2006*        *Allotment Number: 5101H041300IB110230*
*Progress No.: 03*

*Construction Quality Control section*
*Division of Capital Improvement Projects*
*Department of Public Works*
*Government of Guam*
*540 N. Marine Corps Drive*
*Tamuning, Gu 96913*

*Attention:*    **Mr. Ariel C. Evarola**
          **Engineer Supervisor**

*This billing is for the electrical and mechanical labor and materials provided by our company which is specified below.*

**Upgrading of Fire Alarm / Sprikler System at Department of Correction and Adult Facility in Mangilao and Agana Detention Center in Agana (Design-Build)**

| | | |
|---|---|---:|
| **Contract Amount** | $ | 294,616.56 |
| **Total Earned to date** | $ | 294,616.56 |
| **Less: Retainage (10%)** | $ | (29,461.65) |
| **Total Earned Less Retainage** | $ | 265,154.91 |
| **Less: Previous Certificate of Payment** | $ | - |
| **Less: Unpaid Invoices** | $ | (177,610.77) |
| **Currect Payment due this Invoice** | $ | 87,544.14 |
| **Balance to Finish Including Retainage** | $ | 29,461.65 |
| | | |
| **Current Payment Due This Invoice** | **$** | **87,544.14** |

*I hereby certified that the above invoice is true and correct and payment thereof have not been received. Should you have any questions regarding this matter, please do not hesitate to contact us. Thank you for your cooperation and assistance.*

*Respectfully Submitted,*

*Tomeyoshi Tachibana*
*General Manager*



PROJECT NUMBER: 440-51046-F-MAN
PROJECT NAME: UPGRADING OF FIRE ALARM/SPRINKLER
AT DEPARTMENT OF CORRECTION AND ADULT FACILITY IN
MANGILAO AND AGANA DETENTION CENTER (DESIGN-BUILD)
CONTRACTOR: KINDEN CORPORATION
ALLOTMENT NUMBER: 5101H041300IB110230
CONTRACT PERIOD: 210 DAYS  Notice To Proceed: ___11/21/2005
ESTIMATE PERIOD: l From: April 23,2006    To: May 14, 2006
Date: May 08,2006    Sheet: ___1___ of ___7___

CONSTRUCTION QUALITY CONTROL SECTION
DIVISION OF CAPITAL IMPROVEMENT PROJECTS

Payment Estimate Number 03

| ITEM NUMBER | ITEM DESCRIPTION | UNIT | QUANTITY TO DATE | ITEM COST | COST TO DATE |
|---|---|---|---|---|---|
| | **FIRE SPRINKLER SYSTEM** | | | | |
| **ITEM B-1** | **BUILDING POST 2,3 & 4, ADMINISTRATION BUILDING** | | | | |
| 1 | Engineering and technical services (Design and Planning) | 1 | Lot | 8,990.00 | 8,990.00 |
| | | | | | |
| 2 | Sprinkler Pipe w/ Fittings | | | | |
| | B.I. Pipe - 4" dia. | L.F. | 760 | 32,581.20 | 32,581.20 |
| | "    "   - 2 1/2" dia. | L.F. | 20 | 503.80 | 503.80 |
| | "    "   - 2" dia. | L.F. | 200 | 2,960.00 | 2,960.00 |
| | "    "   - 1 1/2" dia. | L.F. | 520 | 6,037.20 | 6,037.20 |
| | "    "   - 1 1/4" dia. | L.F. | 820 | 8,282.00 | 8,282.00 |
| | "    "   - 1" dia. | L.F. | 1,240.00 | 11,308.80 | 11,308.80 |
| | | | | | |
| 3 | Sprinkler Heads | | | | |
| | a.) Pendent type | ea. | 142 | 6,202.56 | 6,202.56 |
| | b.) Upright Type | ea. | 215 | 6,888.60 | 6,888.60 |
| | c.) Sidewall Type | ea. | 34 | 2,020.28 | 2,020.28 |
| | | | | | |
| 3 | Control Valves | | | | |
| | a.) OS & Y Gate Valves - 4" dia. | 1 | ea | 535.20 | 535.20 |
| | b.) Alarm Check Valve Assembly- 4" dia. | 1 | ea | 1,498.86 | 1,498.86 |
| | c.) Swing Check Valve - 4" dia. | 1 | ea | 446.98 | 446.98 |
| | d.) Water Flow Switch- 4" dia. | 1 | ea. | 240.22 | 240.22 |
| | e.) Tamper Switch | 1 | ea | 88.20 | 88.20 |
| | f.) Fire Dept. Connection 4" x 2 1/2" x 2 1/2" | 1 | ea. | 326.24 | 326.24 |
| | g.) Fire Hose Cabinet complete with Fire Hose 1 1/2" x 100 ft. | 1 | Set | 909.06 | 909.06 |
| | h.) Inspector Test connection 1" dia. | 1 | ea | 64.80 | 64.80 |
| | | | SUBTOTAL | | 89,884.00 |

PAYMENT ESTIMATE



CORPORATION

PROJECT NUMBER: 440-51046-F-MAN
PROJECT NAME: UPGRADING OF FIRE ALARM/SPRINKLER
AT DEPARTMENT OF CORRECTION AND ADULT FACILITY IN
MANGILAO AND AGANA DETENTION CENTER (DESIGN-BUILD)
CONTRACTOR: KINDEN CORPORATION
ALLOTMENT NUMBER: 5101H041300IB110230
CONTRACT PERIOD: 210 DAYS Notice To Proceed: 11/21/2005
ESTIMATE PERIOD: I From: April 23,2006    To: May 14, 2006
Date: May 08,2006    Sheet:    2    of    7

CONSTRUCTION QUALITY CONTROL SECTION
DIVISION OF CAPITAL IMPROVEMENT PROJECTS

Payment Estimate Number 03

| ITEM NUMBER | ITEM DESCRIPTION | UNIT | QUANTITY TO DATE | ITEM COST | COST TO DATE |
|---|---|---|---|---|---|
| ITEM B-4 | EXISTING PUMP GEN. HOUSE | | | | |
| 1 | Check and test existing Fire Pump engine driven ready for use in sprinkler system of INS BUILDING | 1 | Lot | 4,398.00 | 4,398.00 |
| ITEM B-5 | FEDERAL DETENTION BUILDING | | | | |
| 1 | Provide Water Flow Switch, Tamper switch including painting of pipes, checking and certification of Fire sprinkler system | 1 | Lot | 8,548.00 | 8,548.00 |
| ITEM B-6 | AGANA PRISON BUILDING | | | | |
| 1 | Provide Fire Department connection with swing check valve, water flow switch and tamper switch, replace alarm gong fittings and trimmings, rectification of sprinkler riser pipe including certification of Sprinkler System | 1 | Lot | 11,851.00 | 11,851.00 |
| | | | SUBTOTAL | | 24,797.00 |

PAYMENT ESTIMATE



**CORPORATION**

| PROJECT NUMBER: 440-51046-F-MAN |
|---|
| PROJECT NAME:      UPGRADING OF FIRE ALARM/SPRINKLER AT DEPARTMENT OF CORRECTION AND ADULT FACILITY IN MANGILAO AND AGANA DETENTION CENTER (DESIGN-BUILD) |
| CONTRACTOR: KINDEN CORPORATION |
| ALLOTMENT NUMBER: 5101H041300IB110230 |
| CONTRACT PERIOD: 210 DAYS Notice To Proceed:      11/21/2005 |
| ESTIMATE PERIOD: I From: April 23,2006    To: May 14, 2006 |
| Date: May 08,2006     Sheet:     3     of     7 |

CONSTRUCTION QUALITY CONTROL SECTION
DIVISION OF CAPITAL IMPROVEMENT PROJECTS

Payment Estimate Number 03

| ITEM NUMBER | ITEM DESCRIPTION | UNIT | QUANTITY TO DATE | ITEM COST | COST TO DATE |
|---|---|---|---|---|---|
| ITEM B-7 | ACF-MAIN BUILDING MANGILAO | | | | |
| 1 | Engineering and technical services (Design and Build) | 1 | Lot | 724.00 | 724.00 |
| 2 | Provide new Fire Dept. Connection with swing check valve, valve pit, pipes and marking sign ready for use. | 1 | Lot | 6,512.42 | 6,512.42 |
| | | | SUBTOTAL | | 7,236.42 |

**PAYMENT ESTIMATE**



# Kinden
## CORPORATION

<table>
<tr><td>PROJECT NUMBER: 440-51046-F-MAN</td></tr>
<tr><td>PROJECT NAME: UPGRADING OF FIRE ALARM/SPRINKLER AT DEPARTMENT OF CORRECTION AND ADULT FACILITY IN MANGILAO AND AGANA DETENTION CENTER (DESIGN-BUILD)</td></tr>
<tr><td>CONTRACTOR: KINDEN CORPORATION</td></tr>
<tr><td>ALLOTMENT NUMBER: 5101H041300IB110230</td></tr>
<tr><td>CONTRACT PERIOD: 210 DAYS  Notice To Proceed:  11/21/2005</td></tr>
<tr><td>ESTIMATE PERIOD: I From: April 23,2006     To: May 14, 2006</td></tr>
<tr><td>Date: May 08,2006     Sheet: 4    of    7</td></tr>
</table>

CONSTRUCTION QUALITY CONTROL SECTION
DIVISION OF CAPITAL IMPROVEMENT PROJECTS

Payment Estimate Number 03

| ITEM NUMBER | ITEM DESCRIPTION | UNIT | QUANTITY TO DATE | ITEM COST | COST TO DATE |
|---|---|---|---|---|---|
| | **FIRE ALARM SYSTEM** | | | | |
| | | | | | |
| ITEM B-1 | **BUILDING POST 2,3 & 4** | | | | |
| | **ADMINISTRATION MAIN BUILDING** | | | | |
| 1 | Engineering and technical services (Design and Planning) | 1 | Lot | 10,500.00 | 10,500.00 |
| 2 | Fire Alarm Panel | 1 | Lot | 55,692.94 | 55,692.94 |
| 3 | Radio Receiver complete with anntenae kit 100' coax cable, thermat printer with Battery back-up | 1 | Lot | 7,950.00 | 7,950.00 |
| 4 | System printer desk mounted | 1 | ea. | 800.00 | 800.00 |
| 5 | Photoelectric smoke detector with base | 51 | ea. | 6,120.00 | 6,120.00 |
| 6 | Heat detector with Base | 18 | ea. | 2,160.00 | 2,160.00 |
| 7 | Manual Pull Station with back box | 23 | ea. | 2,185.00 | 2,185.00 |
| 8 | Monitor Module for flow switch | 1 | ea. | 85.00 | 85.00 |
| 9 | Audio/Visual Horn with Back box | 26 | ea. | 3,900.00 | 3,900.00 |
| 10 | Visual Strobe Light with back box | 14 | ea. | 1,400.00 | 1,400.00 |
| 11 | Control Module for Ansul Hood System | 6 | ea. | 510.00 | 510.00 |
| 12 | Wires | 29,800 | ft. | 7,450.00 | 7,450.00 |
| 13 | Boxes | 500 | ea. | 4,300.00 | 4,300.00 |
| 14 | Pipes | 18,500 | ft. | 18,500.00 | 18,500.00 |
| | | | | **SUB-TOTAL** | 121,552.94 |

**PAYMENT ESTIMATE**



**CORPORATION**

PROJECT NUMBER: 440-51046-F-MAN
PROJECT NAME: UPGRADING OF FIRE ALARM/SPRINKLER AT DEPARTMENT OF CORRECTION AND ADULT FACILITY IN MANGILAO AND AGANA DETENTION CENTER (DESIGN-BUILD)
CONTRACTOR: KINDEN CORPORATION
ALLOTMENT NUMBER: 5101H041300IB110230
CONTRACT PERIOD: 210 DAYS Notice To Proceed: 11/21/2005
ESTIMATE PERIOD: From: April 23,2006   To: May 14, 2006
Date: May 08,2006      Sheet: 5    of    7

CONSTRUCTION QUALITY CONTROL SECTION
DIVISION OF CAPITAL IMPROVEMENT PROJECTS

Payment Estimate Number 03

| ITEM NUMBER | ITEM DESCRIPTION | UNIT | QUANTITY TO DATE | ITEM COST | COST TO DATE |
|---|---|---|---|---|---|
| ITEM B-4 | **EXISTING PUMP GEN. HOUSE** Check and test existing Fire Pump engine driven ready for use in sprinkler system of INS BUILDING | 1 | Lot | 6,406.98 | 6,406.98 |
| ITEM B-5 | **FEDERAL DETENTION BUILDING** Technical services to repair the existing Fire Alarm System and ready to use | 1 | Lot | 13,614.42 | 13,614.42 |
| ITEM B-6 | **AGANA PRISON BUILDING** Technical services to repair the existing Fire Alarm System and ready to use | 1 | Lot | 9,694.56 | 9,694.56 |
| ITEM E-1 | Technical Services forCentralization of the Fire Alarm System | 1 | Lot | 21,430.24 | 21,430.24 |
| | | | | SUBTOTAL | 51,146.20 |

PAYMENT ESTIMATE



**CORPORATION**

| | |
|---|---|
| PROJECT NUMBER: 440-51046-F-MAN | |
| PROJECT NAME: UPGRADING OF FIRE ALARM/SPRINKLER AT DEPARTMENT OF CORRECTION AND ADULT FACILITY IN MANGILAO AND AGANA DETENTION CENTER (DESIGN-BUILD) | |
| CONTRACTOR: KINDEN CORPORATION | |
| ALLOTMENT NUMBER: 5101H041300IB110230 | |
| CONTRACT PERIOD: 210 DAYS Notice To Proceed: 11/21/2005 | |
| ESTIMATE PERIOD: I From: April 23,2006 To: May 14, 2006 | |
| Date: May 08,2006    Sheet: 6    of    7 | |

CONSTRUCTION QUALITY CONTROL SECTION
DIVISION OF CAPITAL IMPROVEMENT PROJECTS

Payment Estimate Number 03

| ITEM NUMBER | ITEM DESCRIPTION | UNIT | QUANTITY TO DATE | ITEM COST | COST TO DATE |
|---|---|---|---|---|---|
| | **SUMMARY** | | | | |
| **A.** | **FIRE SPRINKLER SYSTEM** | | | | |
| | PAGE - 1 | | | | 89,884.00 |
| | PAGE - 2 | | | | 24,797.00 |
| | PAGE - 3 | | | | 7,236.42 |
| | | | | | |
| **B.** | **FIRE ALARM SYSTEM** | | | | |
| | PAGE - 1 | | | | 121,552.94 |
| | PAGE - 2 | | | | 51,146.20 |
| | | | | | |
| | | | | SUBTOTAL | 294,616.56 |

PAYMENT ESTIMATE



**Kinden**
**CORPORATION**

PROJECTNUMBER: <u>440-51046-F-MAN</u>
PROJECT NAME: UPGRADING OF FIRE ALRM/SPRINKLER SYSTEM
AT DEPARTMENT OF CORRECTION AND ADULT FACILITY IN MANG-
LAO AND AGANA DETENTION CENTERIN AGANA (DESIGN-BUILD)
CONTRACTOR: KINDEN CORPORATION
ALLOTMENT NUMBER: 5101H041300IB110230
CONTRACT PERIOD: 210 DAYS        NOTICE TO F PROCEED:11-21-05
ESTIMATE PERIOD: From N April 23,2006             To: May 14,2006

Date: May 08,2006         Sheet: 7     of             7

CONSTRUCTION QUALITY CONTROL SECTION
DIVISION OF CAPITAL IMPROVEMENT PROJECTS
Payment Estimate Number 03

| ITEM NUMBER | ITEM DESCRIPTION | UNIT | QUANTITY TO DATE | ITEM COST | COST TO DATE |
|---|---|---|---|---|---|
| A. | **SUMMARY**<br>**FIRE SPRINKLER SYSTEM**<br>PAGE - 1<br>PAGE - 2<br>PAGE - 3 | | | | 89,884.00<br>24,797.00<br>7,236.42 |
| B. | **FIRE ALARM SYSTEM**<br>PAGE - 1<br>PAGE - 2 | | | | 121,552.94<br>51,146.20 |
| | TOTAL CONTRACT PRICE | | | | $294,616.56 |

| | |
|---|---|
| I certify that the work covered by this estimate has been completed with the contract terms. | Total Cost To Date — $294,616.56<br>Less 10% Retained — $29,461.66 |
| Tomoyoshi Tachibana        May 08, 2006<br>Prepared By:                      Date | Total Amount Payable — $265,154.91<br>Less Previous Payment — $177,610.77 |
| | Amount Payable<br>This Estimate — $87,544.14 |
| ARIEL C. EVAROLA, ENGR. SUPERVISOR  Date<br>Reviewed by:              7/12/06 | Time Elapse    100%<br>Work Comp    100% |
| LIBERTY A. PEREZ,P.E.,Chief Engineer-CIP  7/31/06<br>Recommended Approval By:         Date | Approval For Payment: |
| LUIS PAULINO                   8/9/06<br>Certified Funds Available:          Date | |
| Certifying Officer<br>Department of Correction | LAWRENCE P. PEREZ<br>Director                              Date<br>Department of Public Works |

# TRANSMITTAL

Date:       August 07, 2006

To:         Luis Paulino, Certifying Officer

From:       Marie T. Libria, Program Coordinator

Subject:    Upgrading of Fire Alram/Sprinkler System at DOC

This package includes the following:

Payment Estimate No. 03 requiring certification of funds for the above project.

Please call 646-3287 for pick up.

_____          _____
Received by:                        Marie T. Libria
                                    Sender

# GRANT PROJECT STATUS REPORT

Period Covered by this Report: From _1 January 2006_ To _30 June 2006_____

1. Project Title: _Upgrading of Fire Alarm/Sprinkler System at Department of Corrections (Design-Build)_

   Account Number: __510H041300IB110_

2. Brief Description of Project: Fire _Alarm and Sprinkler Systems within the department will be upgraded, tested and certified for full operation and compliance._

3. Grant Award Fiscal Year: __2004_

4. Grant Amount: __$300,000.00___

5. Project Manager's Name: __Robert D. Camacho__

   Phone Number: __473-7027___
   Fax Number: __473-7024__
   Email: bobcamacho@hotmail.com__

6. Date Project Began: __August 2004___

7. Projected (or actual) Completion Date: __August 2006____

   Final Report _____ Yes __X__ No

8. Status Summary (Including percentage of completion, ie. 75%, 100%): _Project is about 99 percent completed. The remaining 1 percent has to do with obtaining a certification of operational readiness by the Guam Fire Department, for the Guam Detention system. The system, tested earlier by the Guam Fire Department, failed because of the inadequate water pressure. Coordination is on going between the contractor and Guam Water Works, responsible for repairing the faulty valve._

9. Project Manager's Signature: ROBERT D. CAMACHO, DIRECTOR
   Date: 29 September 2006.



GOVERNOR
Felix P. Camacho
LT. GOVERNOR
Kaleo S. Moylan

public works
DIPATTAMENTON CHE'CHO' PUP B'LEKO
DIRECTOR
Lawrence P. Perez

MEMORANDUM

TO:        Director, Department of Administration

FROM:      Lawrence P. Perez

SUBJECT:   **Request for Payment**

Submitted for processing is Payment Estimate No. 04 (Final) for the project listed below:

Project Name:      Upgrading of Fire Alarm/Sprinkler System at Department of
                   Correction and Adult Facility, Mannglao Agana Detention
                   Center, Agana (Design-Build)

Project Number:    440-5-1046-F-MAN

Contract No.:      C050604350

Contractor:        Kinden Corporation

% Accomplished:    100%

Amount Requested for Payment:    $29,461.65

Funds are available under allotment No. 5105H041300IB110230----

For additional information, please contact Ms Liberty A. Perez, P.E., COE CIP or Ariel C.
Evarola, Engineer Supervisor at Construction Quality Control Section, Division of Capital
Improvement Project at 646-3126 or 646-3106 respectively.

Attachment



# CORPORATION

P. O. Box 9609
Tamuning, Guam 96931
Phone: 646-6733 ∘ Fax: 649-9413

# *INVOICE*

*Invoice No.:* KG007-06-031/032
*Date:* July 18, 2006
*Progress No.:* 04

*Project. No.:* 440-51046-F-MAN
*Allotment Number:* 5101H041300IB110230

*Construction Quality Control section*
*Division of Capital Improvement Projects*
*Department of Public Works*
*Government of Guam*
*540 N. Marine Corps Drive*
*Tamuning, Gu 96913*

*Attention:* **Mr. Ariel C. Evarola**
**Engineer Supervisor**

*This billing is for the electrical and mechanical labor and materials provided by our company which is specified below.*

**Upgrading of Fire Alarm / Sprikler System at Department of Correction and Adult Facility in Mangilao and Agana Detention Center in Agana (Design-Build)**

| | | |
|---|---|---|
| **Contract Amount** | $ | 294,616.56 |
| **Total Earned to date** | $ | 294,616.56 |
| **Less: Previous Certificate of Payment** | $ | (177,610.77) |
| **Less: Unpaid Invoices** | $ | (87,544.14) |
| **Balance to Finish Including Retainage** | $ | - |
| **Current Payment Due This Invoice(10% Retainage)** | $ | 29,461.65 |

*I hereby certified that the above invoice is true and correct and payment thereof have not been received. Should you have any questions regarding this matter, please do not hesitate to contact us. Thank you for your cooperation and assistance.*

*Respectfully Submitted,*

Tomeyoshi Tachibana
General Manager



Case 1:91-cv-00020 Document 1-24 Filed 10/17/2006 Page 4 of 33

# EXHIBIT 4

# Guam Fire Department Inspection Report

**Fire Prevention Bureau** Tel: 477-3302/4 Fax: 472-3311 | **One-Stop** Tel: 475-4534

Page 1 of 2

Inspection Date: 12-15-2006
Time of Inspection: 1000

Case Number: 7

**Establishment Name:** D.O.C. MANGILAO
**Lot/Tract Number:**
**Location:** MANGILAO
**Village:**
**Establishment Owner:**
**Manager/Person in Charge:** MUÑEL CUENCAE CONTRACTOR
**Telephone:**
**Alt. Telephone:**
**FAX:**
**Mailing Address:**

**Building/Complex:** SAME
**Building Owner:** GOV' GUAM
**Bldg Owner Contact#:**
**Structure:** CONCRETE / WOOD
**Interior Wall Construction:** SAME
**#of Stories of Building:** 2
**#of Exits at Grnd Level:** VARY
**Number of Elevators:** 0
**Number of Stairwells:** 1

**Occupancy:** DEPT OF CORRECTION
**Type of Inspection:** FIRE ALARM /F/ SPRINKLER ACCEPTANCE TEST
**Occupancy Code:**
**# Exit Doors:** VARY
**Number of Floors:** 2
**Number of Rooms/Units:** VARY
**Occ. Length/Feet:**
**Occ. Width/Feet:** —
**Area: Feet:** 0

**UFC Article:** U.F.C. 97
**GCA Chapter:** 73
**GCA Section:** 73 III
**Reinspection Date:**
**Reinspection Time:**
**Reinspection Remarks:**

**Requirements:** APPEARS TO HAVE MET U.F.C. REQUIREMENTS FOR FIRE ALARM AND FIRE SPRINKLER TESTING.

**# Emergency Lights:**
**# No Smoking Signs:**
**# Smoke Detectors:** VARY

| | | | |
|---|---|---|---|
| Fire Alarm System: PHOENIX PACIFIC INC. | Last Alarm Test: 12-15-2006 | F. Alarm Cert./Test Co. PHOENIX PACIFIC INC. | |
| Auto. Sprinkler: KINDEN CORP | Last Sprinkler Test/Cert.: 12-15-2006 | A. Sprink Cert/Test Co. KINDEN CORP. | |
| Hood & Duct Sys: | Last System Test/Cert.: | Hood & Duct Cert Co. | |
| Standpipe Sys: | Standpipe Class: | Standpipe Cert/Test Co. | |
| Other Extinguishing Systems: | Last Test Date: | Extinguishing Sys. Cert/Test Co | |
| Fuel Container Volume: | Fuel Service Company: | Type of Fuel Tank: | Certification Date: |

**Exit Signs** | # Self Luminescent | # Placard: Non-Luminescent | # Placard Reflectory/Flourescent
**Fire Extinguishers** | # Dry Chemical | # Carbon Dioxide | # Halon | # Water | # Dry Powder

**Disposition** ☑ Approved ☐ Disapproved

**Accompanied By:** MANUEL JR CUENCA
**Signed:**
**Date:** 6/15/06
**Witness:**

**Code Enforcement Officer**
**Inspector:** INSPECTOR J.J. CRUZ
**Time Completed:** 1045

GFD FORM 90 Revised 1997 | Any exceptions allowable within the Uniform Fire Code are subject to the approval of the Guam Fire Chief.

Case 1:91-cv-00020    Document 126-2    Filed 10/17/2006    Page 6 of 21    **EXHIBIT 4**





# CERTIFICATE OF COMPLETION

Name of Protected Property: **DEPARTMENT OF CORRECTIONS**
Mailing Address: **MANGILAO, GUAM**

Representative of Protected Property:
Authority Having Jurisdiction: **GUAM FIRE DEPARTMENT (ONE STOP)**
Address/Contact Number(s): **(671) 646-3102**

1. Type(s) of System or Service:
   **X**  NFPA 72, Chapter 3-Local
   If Alarm is transmitted to location(s) off premise, list where received:

   **N/A**  NFPA 72, Chapter 3 -Emergency Voice/Alarm Service
   Quantity of voice/alarm channels: **N/A**  Single: **N/A**  Multiple: **N/A**

   **N/A**  NFPA 72, Chapter 4 –Auxiliary
   Indicate type of connection:
   Local energy: **N/A**  Shunt: **N/A**  Parallel telephone: **N/A**
   Location and telephone number for receipt of signals:

   **N/A**  NFPA 72, Chapter 4-Remote Station
   Alarm: **N/A**
   Supervisory: **N/A**

   **N/A**  NFPA 72, Chapter 4-Proprietary
   If alarms are re-transmitted to public fire service communications center or others, indicate location and telephone number of the organization receiving alarm:
   **N/A**
   Indicate how alarm is re-transmitted:
   **N/A**

   **N/A**  NFPA 72, Chapter 4-Central Station
   The Prime Contractor:
   **N/A**
   Central Station Location:
   **N/A**
   Means of transmission of signals from the protected premise to the central station:
   **N/A**  McCulloh **N/A**  Multiplex **N/A**  One-Way Radio
   **N/A**  Digital Alarm Communicator **N/A**  Two-Way Radio **N/A**  Others
   Means of transmission of alarms to the public fire service communications center:
   Type(s) of System or Service:

   1. **MANUAL DIALING 911**
   System Location: **MANGILAO, GUAM**

Figure 1-7.2.1 Certificate of Completion
Page 1 of 4

Case 1:91-cv-00020    Document 126-2    Filed 10/17/2006    Page 7 of 21



**Phoenix Pacific (Guam), Inc.**
*System Integrators*

|  | Organization | Representative (Name/Number) |
|---|---|---|
| Installer: | Kinden Corporation | Mr. Tachibana – 646-6733 |
| Supplier: | Phoenix Pacific (Guam), Inc. | Glen Mazar – 646-6461 |
| Service Organization: | Phoenix Pacific (Guam), Inc. | Paul Garcia – 646-6461 |

Location of Record (As-Built) Drawings:

Location of Owner's Manuals:

Location of Test Reports:
**Phoenix Pacific (Guam), Inc.**

A contract, dated _____4/03/06_____ , for test and inspection in accordance with NFPA standard(s)
No.(s) _____72_____ dated _____ , is in effect.

2. Certification of System Installation:
Fill out after installation is complete and wiring checked for open, shorts, ground faults and improper branching, but prior to conducting operational acceptance tests.)
This system has been installed in accordance with the NFPA standards as listed below, and was
Inspected by **Pepito Duran** On _6/15/06_ includes the devices listed below and
has been in service since _6/15/06_
___X___ NFPA 72, Chapters 1 3 4 5 6 7 (circle all that apply)
_____ NFPA 70, National Electrical Code, Article 760
_____ Manufacturer's Instructions
_____ Other (specify): _____

Signed: **Mr. Pepito Duran License #173** Date: _June 15, 2006_
Organization: **Kinden Pacific Corporation**

3. Certification of System Operation:
All operational features and functions of this system were tested by _____**Vince Castro**_____
On _4/03/06_ and found to be operating properly in accordance with the requirements of:
___X___ NFPA 72, Chapters 1 3 4 5 6 7 (circle all that apply)
_____ NFPA 70, National Electrical Code, Article 760
___X___ Manufacturer's Instructions
_____ Other (specify): _____

Signed: **Vince Castro** Date: _June 15, 2006_
Organization: **Phoenix Pacific (Guam), Inc.**

4. Alarm Initiating Devices and Circuits (Use blanks to indicate quantity of devices).
MANUAL
a) _23_ Manual Stations _x_ Non-coded, Activating _____ Transmitters _____ Coded
b) _-0-_ Combination Manual Fire Alarm and Guard's Tour Coded Stations
AUTOMATIC
Coverage: _100%_ Complete: _100%_ Partial: _N/A_
a) _52_ Smoke Detectors _-0-_ Ion _52_ Photo

Figure 1-7.2.1 Certificate of Completion
Page 2 of 4



**Phoenix Pacific (Guam), Inc.**
*System Integrators*

|     |      |                              |     |     |     |       |     |        |     |       |
|-----|------|------------------------------|-----|-----|-----|-------|-----|--------|-----|-------|
| b)  | -0-  | Duct Detectors               | -0- | Ion | -0- | Photo |     |        |     |       |
| c)  | 17   | Heat Detectors               | -0- | FT  | 17  | RR    | -0- | FT/RR  | -0- | RC    |
| d)  | 1    | Sprinkler Water Flow Switches |     |     | Non-coded, activating |  | Transmitters |  | Coded |
| e)  | 1    | Other (list): Tamper Switch  |     |     |     |       |     |        |     |       |
| f)  | 1    | Other (list): Flow Switch    |     |     |     |       |     |        |     |       |

5. Supervisory Signal Initiating Devices and Circuits (Use blanks to indicate quantity of devices.)
**GUARD'S TOUR**
a) -0- Coded Stations
b) -0- Non-Coded Stations Activating _____ Transmitters
c) -0- Compulsory Guard Tour System Comprised of _____ Transmitter Stations and Intermediate Stations.
**SPRINKLER SYSTEM **NOT PROVIDED BY PHOENIX PACIFIC (GUAM), INC.****
a) -0- Coded Valve Supervisory Signaling Attachments
Valve Supervisory Switches Activating _____ Transmitters.
b) -0- Building Temperature Points
c) -0- Site Water Temperature Points
d) -0- Site Water Supply Level Points
**ELECTRIC FIRE PUMP:**
e) -0- Fire Pump Power
f) -0- Fire Pump Running
g) -0- Phase Reversal
**ELECTRICA-DRIVEN FIRE PUMP:**
h) -0- Selector in Auto Position
i) -0- Engine or Control Panel Trouble
j) -0- Fire Pump Running

**ENGINE DRIVEN GENERATOR:**
k) -0- Selector In Auto Position
l) -0- Control Panel Trouble
m) -0- Transfer Switches
n) -0- Engine Running
Other Supervisory Function (s) (specify):
N/A

6. Alarm Notification Appliances and Circuits
Quantity of indicating appliance circuits connected to the system: **4**
Types and quantities of alarm indicating appliances installed:
a) -0- Bells      -0- Inch      -0- Speakers
b) -0- Horns
c) -0- Chimes
d) -0- Other:
e) 39 Visual Signals      Type:
   28 with audible   11 without audible
f) -0- Local Annunciators

7. Signaling Line Circuits:

# Phoenix Pacific (Guam), Inc.
## System Integrators



Quantity and Style (See NFPA 72, Table 3-6.1) of signaling line circuits connected to system:
Quantity: -1-    Style: 0.5

8. System Power Supplies:
Quantity and Style (See NFPA 72, Table 3-6.1) of signaling line circuits connected to system:
  a) Primary (Main): 110VAC   Nominal Voltage: 110VAC   Current Rating:
     Over-current Protection:   Type: Internal   Current Rating: 6A   Location: Int.
  b) Secondary (Standby):
     04   Storage battery:   Amp-Hour Rating: 4AH
     Calculated capacity to drive system, in hours:   X   24   60
     -0-   Engine-driven generator dedicated to fire alarm system
     Location of fuel storage:
  c) Emergency or Standby System used as backup to Primary Power Supply, instead of using a Secondary Power Supply:
     -0-   Emergency System described in NFPA 70, Article 700
     -0-   Legally Required Standby System described in NFPA 70, Article 701
     -0-   Optional Standby System described in NFPA 70, Article 702, which also meets the Performance requirements of Article 700 or 701

9. System Software
  a) Operation System Software Revision Level(s):   QUICKSTART
  b) Application Software Revision Level(s):   VERSION 1.0
  c) Revision Completed by (Name):   EDWARDS SYSTEM TECHNOLOGY
     Revision Completed by (Firm):   EDWARDS SYSTEM TECHNOLOGY

** COMMENTS:
1.

By: PHOENIX PACIFIC (GUAM), INC.
Central Station or Alarm Service Company

Paul L. Garcia NICET# 99840
Name

June 15, 2006
Date

Technical Services Manager
Title

*Under completion of the system(s) satisfactory test(s) witnessed (if required by the authority having jurisdiction):*

By: Fire Captain But Guam Fire Dept.
Representative of the authority having jurisdiction

Name

6-15-06
Date

Captain
Title

Figure 1-7.2.1 Certificate of Completion
Page 4 of 4

## J. Bradley Klemm

**From:** "Joseph Mesa" <joseph.mesa@gmail.com>
**To:** <jbklemm@kbsjlaw.com>
**Sent:** Tuesday, June 20, 2006 2:43 AM
**Attach:** Fire Alarm_Sprinkler System.pdf
**Subject:** Fwd: DOC's Fire Alarm/Sprinkler System Report

Sir,

Hafa adai. I called your office this morning and asked for your email address. The one that I've been sending it to doesn't seem to work. Anyway, the attached document is provided for your review and file. These represents the results of the inspection that we received from GFD last week Thursday, 15 Jun 06.

Further, we had a Ground Breaking Ceremony, 5 Jun 06, for Phase II of the Fire Alarm/Sprinkler System. The contractor, Kinden, was awarded the contract and aggressively working on mapping out each location.

Respectfully,
Joe

————— Forwarded message —————
From: **Joseph Mesa** <joseph.mesa@gmail.com>
Date: Jun 19, 2006 7:50 PM
Subject: Fwd: DOC's Fire Alarm/Sprinkler System Report
To: joseph.mesa@us.army.mil


————— Forwarded message —————
From: **Joseph Mesa** < joseph.mesa@gmail.com>
Date: Jun 19, 2006 7:47 PM
Subject: DOC's Fire Alarm/Sprinkler System Report
To: kbsj@ite.net, bmaguam@yahoo.com

Sirs,

Reference subject above, the department went through an inspection last week Thursday, 15 Jun 06, on ACF's main building and the results was positive. The attached documents depicts GFD's Inspection Report and Certificate of Completion by the contractors.

Please, if you need additional information I can be contacted at 734-3918.

Respectfully,
Joe Mesa

# EXHIBIT 5



## Kinden CORPORATION

P.O.BOX 9609 Tamuning, Guam 96931
TEL:(671)646-6733 · FAX:(671)649-9413

September 05, 2006

To: **Department of Public Works**
542 North Marine Drive, Tamuning, Guam

*RECEIVED by:*
*JFC 9/12/06*

Attention: **John F. Calanayan**
DPW- Project Manager

Subject: **Additional works for Fire Sprinkler/Fire Alarm System.**

Reference: Upgrading of Fire Alarm/Sprinkler System at Department of Corrections, Adult Facility in Mangilao and Agana Detention Center in Agana, (Design-Build) Project No. 440-5-1046-F-MAN – PHASE II.

Dear Sir,

Reference to the approved design scheme submitted by our "Design Engineer", we are submitting herewith the additional works needed to complete the work. Omission or cancellation of this work item the whole system may not be operational.

Listed herein below is the cost breakdown in modification of main water supply for Mangilao Detention Facility and additional Sprinkler System for Post No. 8A in Women Facility area. Please see attachment for details.

a.) Modification of main water line ------------------- $ 103,911.00

b.) Post No. 8A
   i.) Sprinkler System --------- $ 17,488.00
   ii.) Fire Alarm System ------- $ 9,545.50

Sub total ------------------------- $ 27,033.50

Total ------------------------------------- $ 130,944.50

Your prompt attention on this matter is highly appreciated.

Sincerely,

Tomeyoshi Tachibana
General Manager
CC: Joe M. Mesa – DOC Facility Manager

**EXHIBIT 5**



# Quotation

**Kinden CORPORATION**
P. O. Box 9609
Tamuning, Guam 96931
Phone: 646-6733 • Fax: 649-9413

| Date | Quotation No. |
|------|---------------|
| 9/11/2006 | QG-6091101 |

**Company Name / Address**

DEPARTMENT OF PUBLIC WORKS

    ATTN.: MR. JOHN F. CALANAYAN
          PROJECT MANAGER

| Validity |
|----------|
| 30 Days |

*We are pleased to quote you as follows.*

| Item | Qty | Unit | Description | Unit Price | Total |
|------|-----|------|-------------|-----------|-------|
| | | | Project Name: DOC - Additional works for Fire Sprinkler / Fire Alarm System - Modification of Main Water Line - External Work and Additional Fire Sprinkler / Fire Alarm System - for Post No. 8A | | |
| 401 | 1 | Lot | Mechanical Worls | 130,944.50 | 130,944.50 |
| | | | | **Total** | **$130,944.50** |

Accepted By: _____

Date Accepted: _____

Signed By: _____
Tomeyoshi Tachibana - General Manager

Date Signed: _Sept 11, 2006_

# KINDEN CORPORATION, GUAM

**PROJECT: Modification of Main Water Line - External Works**

| Item | Description | Quantity | Unit | Unit Price | Total Price | REMARKS |
|---|---|---|---|---|---|---|
| a. | **Modification of Main Water Line** | | | | | |
| 1 | D.I. Pipe, AWWA 151,Class 52,Fastite Joint x PE | | | | | |
| | 6" dia. | 240 | Ft. | 18.00 | 4,320.00 | |
| 2 | D.I. Spool, AWWA 151 - P.E. x Flange | | | | | |
| | 6" dia. X 4 ft. | 1 | ea | 450.00 | 450.00 | |
| 3 | Swing Check Valve w/ Resilient Seated Disc, AFC 600 | | | | | |
| | 6" dia. - Flange type | 1 | ea. | 870.00 | 870.00 | |
| 4 | D.I. Tee - MJ end complete w/ accessories | | | | | |
| | 6" x 6" x 6" | 2 | ea. | 275.00 | 550.00 | |
| 5 | Elbow - 45 degree - MJ end complete w/ acc. - 6" dia. | 8 | ea. | 150.00 | 1,200.00 | |
| 6 | Compression Coupling - Flange type | | | | | |
| | 6" dia. | 4 | ea. | 350.00 | 1,400.00 | |
| | 8" dia. | 1 | ea. | 450.00 | 450.00 | |
| 7 | D.I. RW Gate Valve NRS, AFC SERIES 2500, Flg. End - 6" dia. | 1 | ea | 915.00 | 915.00 | |
| 8 | D.I. RW Gate Valve NRS, AFC Series 2500,MJ End w/ Acc. | | | | | |
| | 8" dia. | 1 | ea. | 915.00 | 915.00 | |
| | 6" dia. | 1 | ea. | 915.00 | 915.00 | |
| 9 | Valve Box Frame and Cover, equal to Tyler 6855-563A with 5-1/4" Drop Lid marked "Water" | 3 | ea. | 90.00 | 270.00 | |
| 10 | Bolt, Nut and Gasket Sets: ASTM A 307, Grade A, Class 150, 2 washers and 1 nut per bolt w/1/8" gasket, cloth inserted rubber ,FF | | | | | |
| | 6" dia. | 8 | Sets | 21.00 | 168.00 | |

# KINDEN CORPORATION, GUAM

**PROJECT: Modification of Main Water Line - External Works**

| No. | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 10 | 30" Cast Iron Manhole Frame and Cover, traffic Rated, import okay "Water" on lid | 1 | ea. | 370.00 | 370.00 |
| 11 | Water Meter with Strainer, Flg. X Flg. w/ accessories, AWWA C701- 6" dia. | 1 | ea. | 6,500.00 | 6,500.00 |
| 12 | End Cap - MJ End w/ Acc. - 6" dia. | 2 | ea. | 135.00 | 270.00 |
| 13 | Concrete Valve Box - 5' x 3' x 5' deep | 2 | ea. | 2,500.00 | 5,000.00 |
| 14 | Excavation - 5' x 3' x 5 ft. deep<br>Rental of Backhoe @ 45/hr. x 8 x 15 days = 5400<br>spotter - 2 x 18.75 x 8 x 7 = 2100 | 240 | L.F. | 32.00 | |
| 15 | Backfill Materials<br>Fine Sand - 3' x 2' x 240 ft. =54 C.Y. x 39 = 2106<br>4 x 18.75 x 8 x 15 days = 9000<br>rental of compactor @ 104/day x 7 days = 728<br>Warning Tape - 75 | 54 | C.Y. | 54.00 | 2,916.00 |
| 16 | Warning sign/Marker<br>Warning Light - 48 x 35 = 1680<br>Warning Tape - 2 x 75 = 50<br>Rebar @#5 - 15 ea x 10 = 150<br>plastic cap - 50 ea x 1.50 = 75<br>Cone Marker - 25 ea x 50 = 1250<br>Warning Sign - 10 ea x 150 = 1500<br>First Aid Kit - 75<br>PPE - 280 | 1 | Lot | 5,200.00 | 5,200.00 |

# KINDEN CORPORATION, GUAM

**PROJECT: Modification of Main Water Line - External Works**

| | | | | | |
|---|---|---|---|---|---|
| 17 | Asphalting Works | 1 | Lot | 19,350.00 | 19,350.00 |
| | Asphalt Cutter - rental - 205/day x 1 = 205 | | | | |
| | Asphalt removal - 2 x 18.75 x 4 =150 | | | | |
| | Asphalting - 6' x 6' = 2500 | | | | |
| | 12 x 30 = 15,000 | | | | |
| | Base Course - 100 cf. @ T.L. - 450 | | | | |
| | Labor - 2 x 18.75 x 8 x 2 = 600 | | | | |
| | compactor rental @254/day = 254 | | | | |
| | Tools | | | | |
| | Shovel -2 @10 = 20 | | | | |
| | Wheelborrow @ 75 x 2 = 150 | | | | |
| | | | | | |
| | | | | | |
| 18 | Miscellaneous | 1 | Lot | | 2,500.00 |
| | | | | | |
| | **Materials total** | | | | 54,529.00 |
| | **Labor Cost** | | | | 32,756.25 |
| | | | | | |
| | **Sub Total** | | | | 87,285.25 |
| | **Overhead/Expenses** | | | | 10,391.09 |
| | **GRT** | | | | 4,156.44 |
| | **Bonding / Fee** | | | | 2,078.22 |
| | | | | | |
| | **Total Cost** | | | | 103,911.00 |

# KINDEN CORPORATION, GUAM

**PROJECT: SPRINKLER SYSTEM-POST NO.8A**

| Item | Description | Quantity | Unit | Unit Price | Total Price | REMARKS |
|---|---|---|---|---|---|---|
| b. | **POST NO.8A** | | | | | |
| 1 | Sprinkler Head -Sidewall mounted type, chrome finish 165F- complete with escutcheon plate, institutional type | 15 | ea. | 35.00 | 525.00 | |
| 2 | O S & Y Gate Valve - flange type, Class 125 - 2 1/2" dia. | 1 | ea. | 420.00 | 420.00 | |
| 3 | Inspector test connection - 1" dia. | 1 | ea. | 160.00 | 160.00 | |
| 4 | Tamper Switch | 1 | ea. | 60.00 | 60.00 | |
| 5 | Water Flow Switch - 2 1/2" dia. | 1 | ea. | 120.00 | 120.00 | |
| 6 | B.I. Pipe Sch. 40 - 1" dia. | 80 | L.F. | 5.10 | 408.00 | |
| | 1 1/4" dia. | 20 | L.F. | 6.00 | 120.00 | |
| | 1 1/2" dia. | 20 | L.F. | 7.50 | 150.00 | |
| | 2" dia. | 20 | L.F. | 8.60 | 172.00 | |
| | 2 1/2" dia. | 30 | L.F. | 12.00 | 360.00 | |
| 7 | Victaulic Coupling - 2 1/2" dia. | 8 | ea | 32.00 | 256.00 | |
| 8 | D.I. Pipe, AWWA 151,Class 52,Fastite Joint x PE 2 1/2" dia. | 140 | L.F. | 12.00 | 1,680.00 | |
| 9 | Elbow - 90 degree- MJ x MJ - 2 1/2" dia. | 3 | ea | 85.00 | 255.00 | |
| 10 | Coupling Adapter - flange type - 2 1/2" dia. | 1 | ea | 250.00 | 250.00 | |
| 11 | Sway Brace - 2 1/2" dia. | 2 | ea | 30.00 | 60.00 | |
| 12 | Miscellaneous materials | 1 | Lot | 772.00 | 772.00 | |
| | Threading oil | 2 | gals | | | |
| | Teflon tape | 60 | ea. | | | |
| | Teflon paste | 1 | quart | | | |
| | Enamel paint | 1 | gal. | | | |
| | Primer paint | 1 | gal. | | | |

# KINDEN CORPORATION, GUAM

*PROJECT: SPRINKLER SYSTEM-POST NO.8A*

| | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | Paint brush | 6 | ea. | | |
| | expansion shield w/ bolt - 3/8" dia. | 50 | ea. | | |
| | C-Clamp - 1" | 10 | ea. | | |
| | 1 1/4" | 2 | ea. | | |
| | 1 1/2" | 2 | ea. | | |
| | 2 1/2" | 2 | ea. | | |
| | Sprinkler sign | 1 | lot | | |
| | welding rod | 1 | box | | |
| 12 | Hardi board enclosure | 115 | L.F | 7.50 | 862.50 |
| | **Materials total** | | | | 6,630.50 |
| | **Labor cost** | | | | 6,660.00 |
| | **Sub-Total** | | | | 13,290.50 |
| | **Overhead/Expenses** | | | | 1,749.18 |
| | **GRT** | | | | 699.52 |
| | **Design Fee** | | | | 1,748.80 |
| | **Total Cost** | | | | 17,488.00 |

# KINDEN CORPORATION

## Project Name: DOC-Additional Fire Alarm System for Post 8A

Sept. 11, 2006

| Item | Description | Quantity | Unit | Unit Price | Total Price | REMARKS |
|---|---|---|---|---|---|---|
| 1 | **Wire** | | | | | |
| | #16 twisted pair | 220 | lf | 0.27 | 59.40 | |
| | #14 twisted pair | 200 | lf | 0.31 | 62.00 | |
| | connector for above | 1 | lot | | 23.00 | |
| 2 | **Pipe** | | | | | |
| | 3/4 EMT | 220 | lf | 1.55 | 341.00 | |
| | fitting for above | 1 | lot | | 165.00 | |
| | supporting for above | 1 | lot | | 122.00 | |
| 3 | **Box** | | | | | |
| | 4 square box | 10 | ea | 3.10 | 31.00 | |
| 4 | **FAS panel** | | | | | |
| | FAS panel with radio transmitter | 1 | set | | 4,775.50 | |
| | Pull station | 1 | ea | | | |
| | Audio Visual/Horn | 2 | ea | | | |
| | Visual strobe | 1 | ea | | | |
| | Smoke Detector | 7 | ea | | 55.00 | |
| | supporting for above | 1 | lot | | | |
| 5 | **Miscellaneous materials** | 1 | lot | | 125.00 | |
| | | | | | | |
| | **Materials total** | | | | 5,758.90 | |
| | **Labor Cost** | | | | 2,450.23 | |
| | **Sub-total** | | | | 8,209.13 | |
| | | | | | | |
| | **OH/Expenses** | | | | 954.55 | |
| | | | | | | |
| | **GRTax** | | | | 381.82 | |
| | | | | | | |
| | **TOTAL** | | | | 9,545.50 | |

Post 8A addtl.

9/9/2006 4:22 PM

# KINDEN PACIFIC CORPORATION

**PROJECT: Warehouse (WIRES)**
CANVASS SHEET for Miscellaneous Materials

| Item | DESCRIPTIONS | QTY. | UNIT | ESCO — Contact Person: STEVE BEHR, TEL #: 646-3726, FAX #: 646-3724, Brand Name: UNIT Cost (USD) | TOTAL Cost (USD) | Remarks | DATELINE EXPORTS — Contact Person: CRAIG WEYMOUTH, TEL #: 649-1245, FAX #: 649-1246, Brand Name: UNIT Cost (USD) | TOTAL Cost (USD) | Remarks | WESCO — Contact Person: ANTHONY MANIBUSAN, TEL #: 646-6663, FAX #: 646-6013, Brand Name: UNIT Cost (USD) | TOTAL Cost (USD) | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **#12 THHN** | | | | | | | | | | | |
| 1. | RED | 15,000 | ft | 0.16 | 2,400.00 | #12 BLUE HAS | 0.14 | 2,025.00 | DELIVERY IS | 0.36 | 5,389.85 | DELIVERY IS |
| 2. | BLUE | 15,000 | ft | 0.16 | 560.00 | ONLY 3,500FT | 0.14 | 2,025.00 | WITHIN 4WEEKS | 0.36 | 5,389.85 | WITHIN 4-6WKS |
| 3. | BLACK | 15,000 | ft | 0.16 | 2,400.00 | #12 WHITE HAS | 0.14 | 2,025.00 | ON SITE | 0.36 | 5,389.85 | ON SITE |
| 4. | WHITE | 40,000 | ft | 0.16 | 0.00 | NO STOCK | 0.14 | 5,400.00 | | 0.36 | 14,372.92 | |
| 5. | GREEN | 20,000 | ft | 0.16 | 800.00 | #12 GREEN HAS | 0.14 | 2,700.00 | #12 GREEN HAS | 0.36 | 7,186.46 | |
| | | | | | | 5,000FT ON STOCK | | | #10 GREEN HAS | | | |
| | **#10 THHN** | | | | | | | | | | | |
| 6. | GREEN | 10,000 | ft | 0.25 | 500.00 | 2,000FT ON STOCK | 0.20 | 2,000.00 | #10 GREEN HAS | 0.51 | 5,116.62 | |
| 7. | FREIGHT COST | | | | | | | 2,725.00 | | | | |
| | **TOTAL** | | | | $ 6,660.00 | | | $ 18,900.00 | | | $ 42,845.55 | |