```
J. BRADLEY KLEMM
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
  A PROFESSIONAL CORPORATION
    SUITE 1008 DNA BUILDING
238 ARCHBISHOP F.C. FLORES STREET
  HAGÅTÑA, GUAM 96910-5205
  TELEPHONE: (671) 477-7857
```



**FILED**
DISTRICT COURT OF GUAM

SEP 26 2007

JEANNE G. QUINATA
Clerk of Court

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. CIV91-00020 |
| Plaintiff, ) | |
| vs. ) | **MONITOR'S REPORT** |
| TERRITORY OF GUAM, *et al.* ) | |
| Defendants. ) | |

As indicated in the last two Monitor's Reports filed in this Court, the remaining issues of significance at the Department of Corrections (hereinafter "DOC") deal with the fire alarm and sprinkler systems and proper certification of them as operable. The systems involved are located at three separate locations, the DOC facilities and cells in Mangilao, and the other two facilities which are the Federal Detention Center in Hagåtña, Guam and the Hagåtña Detention Facility, also located in Hagåtña, Guam. The previous completion date of the project was February 6, 2007. However, pursuant to Change Order No. 1, the completion date has now been extended to January 2008. A copy of Change Order No. 1 is attached hereto as Exhibit 1. A copy of the contractor's request to extend the completion date until January

ORIGINAL

31, 2008 is attached hereto as Exhibit 2. The work schedule for the fire sprinkler system is attached hereto as Exhibit 3. The work schedule for the fire alarm system is attached hereto as Exhibit 4.

**RESPECTFULLY SUBMITTED** this 25th day of September, 2007.

BLAIR STERLING JOHNSON
 MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION

BY: *J. Bradley Klemm*
 J. BRADLEY KLEMM
 *Independent Monitor*

ATTACHMENTS: EXHIBITS 1 - 4

C62\79501-03
G:\WORDDOC\PLD\JBK\106-MONITOR'S REPORT RE USA V
TERRITORY OF GUAM ET AL, CV91-0020, 79501-03.DOC

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 DNA BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

# EXHIBIT 1

| PROJECT NAME: | Upgrading of Fire Alarm / Sprinkler System at DOC Adult Facility in Mangilao and Agana |
|---|---|
| PROJECT NO.: | 440-5-1046-F-MAN |
| ALLOTMENT NO.: | 5101H071300IB110-230 |
| DATE: | March 23, 2007 |
| SHEET: | 1 of 3 |



## CHANGE ORDER NO. 01 (Additional item of works)

Kinden Corporation
P. O. Box 9609
Tamuning, Guam 96931

Gentlemen:

In accordance with the provisions of the contract and the change order documents attached, you are hereby directed to **perform the work as described in Sheet 2 to 3 of 3.**

PB
2:52pm

PREPARED BY:

JOHN F. CALANAYAN  3-23-07 Date
Project Manager
Division of Engineering

RECOMMENDED APPROVAL:

LIBERTY A. PEREZ, P.E.  Date
Chief Engineer-CIP
Division of Engineering

CERTIFIED FUNDS AVAILABLE:
Job Order No.: 130007110
Allotment No.: 5101H071300IB110-230
Amount: $374,182.00

LUIS M. PAULINO, ASO  5-30-07
for:  Date
Certifying Officer
Department of Correction

APPROVED BY:

LAWRENCE P. PEREZ  Date
Director
Department of Public Works

APPROVED AS TO LEGALITY & FORM:

ALICIA G. LIMTIACO  Date
Attorney General

APPROVED:

CLEARED BY:

CARLOS BORDALLO  Date
Director
Bureau of Budget and Management Research

FELIX P. CAMACHO  Date
Governor of Guam

| The work shall be performed in accordance with the appropriate sections of the standard specifications and the special provisions of the contract. | CONTRACTOR'S REPRESENTATIVE: |
|---|---|
| / / Without modification  / / As modified by the attached special provisions | |
| We, the undersigned contractor, have given careful consideration to the change proposed and hereby agree, if this proposal is approved that we will provide all equipment, furnish all materials except as may be otherwise noted above, and perform all services necessary for the work above specified, and will accept as full payment therefore the prices shown above. | MEDEL J. CUENCA Project Manager Kinden Corporation Date: 3-23-07 |

| PROJECT NAME: | Upgrading of Fire Alarm / Sprinkler System at DOC Adult Facility in Mangilao and Agana |
|---|---|
| PROJECT NO.: | 440-5-1046-F-MAN |
| ALLOTMENT NO.: | 5101H071300IB110-230 |
| DATE: | March 23, 2007 |
| SHEET: | 2 of 3 |

## CHANGE ORDER NO. 01 (Additional Item of works)

| ADDITIONAL REMAINING WORKS; | QTY. | UNIT/PRICE | AMOUNT |
|---|---|---|---|
| 1) B-2 - Procure / Install a complete Fire Alarm and Sprinkler System to meet U.B.C. requirements, including NFPA-13 and NFPA-72 for institutional / correctional facilities (special code requirements). Use cement hardie board to conceal pipes, conduits & electrical wires for safety of the inmates, complete and ready for use. Including Testing of the apparatus for building Post No's. 18 and 28. | 1 LS | $ 163,304.00 | $163,304.00 |
| 2) B-3 - Check and Repair as needed existing Fire Sprinkler and Fire Alarm System for the following building; a) Post #7, b) Post #17, c) Post #16, d) Post #6, e) Post #8, f) Post #24 and g) I.N.S. Building are the following; 1) Post #25, 2) Post #29, 3) Post #5 | 1 LS | $ 161,945.00 | $ 161,945.00 |
| 3) M-1 - Provide Hydraulic Test Requirements for Sprinkler System on existing water supply lines (Pressure per Flow per GPM). Including Plans, Calculations to Determine if pumps are needed (Jockey/booster) submit data for approval by using Agency and Dpw. | 1 LS | $ 21,900.00 | $ 21,900.00 |
| 4) To supply materials, labor, tools and equipments ready for use of fire sprinkler and fire alarm system at Post No. 8A (Women Facility), Including preparation of design drawing and other related engineering works | 1 LS | $ 27,033.00 | $ 27,033.00 |
| Sub-total | | | $ 374,182.00 |
| **TOTAL COST FOR CHANGE ORDER NO. 1:** | | | $ 374,182.00 |

# EXHIBIT 2



## Kinden CORPORATION

P.O.BOX 9609 Tamuning, Guam 96931
TEL:(671)646-6733 · FAX:(671)649-9413

August 24, 2007

**To:** **Department of Public Works**
542 North Marine Drive, Tamuning, Guam

**Attention:** **John F. Calanayan**
DPW- Project Manager

**Subject:** **Request for additional time for Fire Sprinkler/Fire Alarm System works.**

**Thru:** **Joe M. Mesa**
DOC- Facility Manager

**Reference:** Upgrading of Fire Alarm/Sprinkler System at Department of Corrections, Adult Facility in Mangilao and Agana Detention Center in Agana, (Design-Build) Project No. 440-5-1046-F-MAN – PHASE II.

Dear Sir,

We had received the "Notice To Proceed" dated August 09, 2007 reference to the above project and it is mentioned that the project to commence effective August 01, 2007 and to be completed within Thirty Eight (38) calendar days.

Hence, the volume of work is large enough to complete excluding the procurement and delivery of OFF-Island materials, the allotted time given is not possible to finish the job on time.

In view thereof, we hereby request for an additional of "One Hundred Forty Six" (146) calendar days till (January 31, 2008) to complete the job as we had discussed and agreed reference to our meeting dated August 08, 2007.

Your prompt attention and approval in our request is highly appreciated.

Sincerely,

Tomeyoshi Tachibana
General Manager
CC: Joe M. Mesa – DOC Facility Manager

# EXHIBIT 3

# KINDEN CORPORATION

# WORK SCHEDULE

**PROJECT NO. 440-5104-F-MAN**

**PROJECT NAME: UPGRADING OF FIRE ALARM/SPRINKLER SYSTEM AT DEPARTMENT OF CORRECTIONS, ADULT FACILITY IN MANGILAO AND AGANA DETENTION CENTER IN AGANA — PHASE II**

| Month | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Start August 2007 | | | | | September | | | | October | | | | | November | | | | December | | | | | End January 2008 | | | | | | | | | |
| Weeks Activities | Duration | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 |

**FIRE SPRINKLER SYSTEM**

1. PROCUREMENT & DELIVERY OF OFF-ISLAND MATERIALS — 6 Weeks — SPRINKLER PIPES, VALVES, HEADS & ACCESSORIES
2. MOBILIZATION — 1 Week — MOVE-IN
3. TO SUPPLY AND INSTALL COMPLETE FIRE SPRINKLER FOR POST NO. 28 — 13 Weeks — FAB. OF FEEDMAIN / INSTN. OF FEEDMAIN, SUPPORTS & VALVES / FAB. OF BRANCH LINE & SUPPORTS / INST. OF BRANCH LINE & SUPPORTS / HYDRO-TEST / INSTALL SPRKLR HEAD
4. TO SUPPLY AND INSTALL COMPLETE FIRE SPRINKLER FOR POST NO.18 — 12 Weeks — FAB. OF FEEDMAIN / INSTN. OF FEEDMAIN, VALVES & SUPPORTS / FAB. OF BRANCH LINE & SUPPORTS / INST. OF BRANCH LINE & SUPPORTS / HYDRO-TEST / INSTALL SPRKLR HEAD
5. TO SUPPLY AND INSTALL COMPLETE FIRE SPRINKLER FOR POST NO.8A — 8 Weeks — FAB. OF FEEDMAIN / INSTN. OF FEEDMAIN, VALVES & SUPPORTS / FAB. OF BRANCH LINE & SUPPORTS / INST. OF BRANCH LINE & SUPPORTS / HYDRO-TEST / INSTALL SPRKLR HEAD
6. MODIFY RISER PIPE INCLUDING FDC FOR POST #5,6,7,8,16,17&24 — 15 Weeks — INSTALL NEW FIRE DEPARTMENT CONNECTION & PIPE LINE MODIFICATION OF ALARM CHECK VALVE AND INSTALL WATER FLOW AND TAMPER SWITCH
7. MODIFY RISER PIPE INCLUDING FDC FOR AGANA LOCK-UP DETENTION BUILDING — 10 DAYS — DISMANTLE & RE-INSTALL RISER PIPE INCLUDING VALVES

FINAL TESTING & COMMISSIONING
D-MOBILIZATION
END OF CONTRACT TIME

---

**Kinden**
ELECTRICAL & MECHANICAL
CONTRACTORS

DEPARTMENT OF PUBLIC WORKS
DEPARTMENT OF CORRECTIONS
MANGILAO — WORK SCHEDULE

NOT TO SCALE

# EXHIBIT 4

# KINDEN CORPORATION

# WORK SCHEDULE

**PROJECT NO. 440-5104-F-MAN**

**PROJECT NAME:** UPGRADING OF FIRE ALARM/SPRINKLER SYSTEM AT DEPARTMENT OF CORRECTIONS, ADULT FACILITY IN MANGILAO AND AGANA DETENTION CENTER IN AGANA- PHASE II

| Activities | Duration | Start | End |
|---|---|---|---|
| **FIRE ALARM SYSTEM** | | August 2007 | January 2008 |
| 1. PROCUREMENT & DELIVERY OF OFF-ISLAND MATERIALS | 8 Weeks | | |
| 2. MOBILIZATION | 1 Week | | |
| 3. TO SUPPLY AND INSTALL COMPLETE FIRE ALARM SYSTEM FOR POST NO 28 | 10 Weeks | | |
| 4. TO SUPPLY AND INSTALL COMPLETE FIRE ALARM SYSTEM FOR POST NO.18 | 10 Weeks | | |
| 5. MODIFY RISER PIPE FOR POST NO. 5, 6,7,8,16,17,24,25 & 29 | 14 Weeks | | |
| 6. TO PROVIDE REMOTE TRANSMITTER AND POWER SUPPLY FOR POST NO.5, 6, 7, 8, 16, 17, 18, 24, 25, 28 & 29 | 10 Weeks | | |
| 7. TO SUPPLY AND INSTALL COMPLETE FIRE ALARM SYSTEM FOR POST NO 8A | 6 Weeks | | |

Activities include: MOVE-IN, FIRE ALARM CONTROL PANEL, TRANSMITTER, SMOKE DETECTOR & DEVICES, ROUGH-IN AND BOXES INSTALLATION, WIRING INSTALLATION, INSTALL FIRE ALARM CONTROL PANEL AND DEVICES, PRE-LIMINARY TESTING, ROUGH-IN AND WIRING INSTALLATION FOR WATER FLOW AND TAMPER SWITCH, ROUGH-IN INSTALLATION, WIRING INSTALLATION, INSTALLATION OF REMOTE TRANSMITTER WITH CABLE AND RELATED ACCESSORIES, ROUGH-IN AND WIRING INSTALLATION, INS. ALL FIRE ALARM CONTROL PANEL AND DEVICES, PRE-LIMINARY TESTING, FINAL TESTING & COMMISSIONING, PRE-LIM TESTING, DE-MOBILIZATION, END OF CONTRACT TIME

Kinden
ELECTRICAL & MECHANICAL
CONTRACTORS
Kinden Corporation

DEPARTMENT OF PUBLIC WORKS
DEPARTMENT OF CORRECTIONS
MANGILAO - WORK SCHEDULE