J. BRADLEY KLEMM
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
Suite 1008 DNA Building
238 Archbishop F.C. Flores Street
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

FILED
DISTRICT COURT OF GUAM
JUN 23 2008 RD.
JEANNE G. QUINATA
Clerk of Court

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. CIV91-00020 |
| Plaintiff, | |
| vs. | **MONITOR'S REPORT** |
| TERRITORY OF GUAM, *et al.* | |
| Defendants. | |

The last MONITOR'S REPORT, which was filed September 26, 2007, indicated that the last remaining issues of significance deal with the fire sprinkler and the fire alarm systems at the Department of Corrections facilities. Actually, there are other issues which remain to be resolved and all issues will be addressed in this report. The other issues concern the remote locking and unlocking systems in the facilities and the generators.

### I. THE FIRE ALARM AND FIRE SPRINKLER SYSTEMS

There have been a series of telephone conferences which were initiated by the U.S. Department of Justice, Civil Rights Division attorney. Present in Guam at these conferences have

been representatives of the Department of Corrections, its contractor, Kinden Corporation, the Guam Attorney General's Office and the Monitor.

As set forth in the last Monitor's Report, the time for completion of the work on the fire alarm and sprinkler systems was extended through January 31, 2008. Since that time, it has been extended several more times. Following the telephone conferences referred to above, the parties agreed on a target date of May 31, 2008 for final completion. This "target date" was not met as indicated in a MEMORANDUM dated May 31, 2008 addressed to the director from Joseph M. Mesa, PMO (Acting) Supply Supervisor. A copy of this MEMORANDUM along with a four page "Fire Safety Requirements Listing Status Update" is attached to this Report as Exhibit "A". The MEMORANDUM states that to date the project is 92% completed and in paragraph 1 it lists the remaining work to be completed.

All parties really want to complete these fire projects once and for all. The Department of Justice, Civil Rights Division is planning an inspection tour for the latter part of August and will be bringing two experts with them to make sure all of the improvements and other things in the SETTLEMENT AGREEMENT have been completed. The SETTLEMENT AGREEMENT was filed in this action on May 29, 1991 and the parties agreed that the SETTLEMENT AGREEMENT is a Judgment of this Court.

## II. REMOTE LOCKING OR UNLOCKING DOORS

There are several sections of the SETTLEMENT AGREEMENT that require remote locking and unlocking doors for cells or main doors for egress for the various facilities that the Department of Corrections is responsible for. After several attempts to address these requirements, the Department finally decided that it lacked the expertise necessary to do the job. It was finally decided to ask the Department of Public Works to help with this obligation. On March 28, 2008 the Director of the Department of Corrections asked the Department of Public Works to assist and assess the prison electronic locking system. The last information available to the Monitor on this is that the Department of Public Works was going to consider putting out a request for bids from contractors capable of performing the assessment.

This matter is touched on by paragraph (4) of the Mesa MEMORANDUM, Exhibit "A", which reads as follows:

> (4) Assessment of electronic locking mechanisms by DPW on going. Shipment of high security padlocks were received and replacement in progress.

## III. GENERATORS

Under the SETTLEMENT AGREEMENT, the Department of Corrections agreed to contract the services of a maintenance person to maintain the generator at the Adult Corrections facility. The Department also agreed to provide a hook up for the Agana Detention Facility (formerly known as the Rosario

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 DNA BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

Detention Facility) to the main generator at the main facility or the Adult Correctional Facility.

The Mesa MEMORANDUM, Exhibit "A" addresses this in paragraph 5, which reads as follows:

> 5) Preventive (sic) maintenance checks and services to generator units by vendor have not started due to issues surrounding non-payment of prior years. Issues were addressed and awaiting a respond (sic) from the vendor's management to proceed with the services based on purchases (sic) orders issued.

Instead of providing a hook up for the Agana Detention Facility to the main generator at the Department of Corrections main facility in Mangilao, the department provided separate generators to the Agana facility.

**RESPECTFULLY SUBMITTED** this 20th day of June, 2008.

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION

BY: for /s/ J. BRADLEY KLEMM
*Independent Monitor*

ATTACHMENTS: EXHIBIT "A"

C62\79501-03
G:\WORDDOC\PLD\JBK\110-MONITOR'S REPORT RE USA V TERRITORY OF GUAM ET AL, CV91-0020, 79501-03.DOC

May 31, 2008

MEMORANDUM

FOR: Director

FROM: PMO (Acting)/Supply Supervisor

SUBJECT: Fire Safety Corrective Action Status Update #3

     Reference DOJ letter dated May 5, 2005, subject: Settlement Agreement in United States v. Territory of Guam, Case No. 91-00020.

The following report covers periods 28 April 2008 to 31 May 31, 2008:

(1) To date the project is at 92% completed. Remaining work to be completed are:

    a. Complete re-wiring of smoke detectors to fire alarm panel at Post 6. Existing setup and wiring were discovered as non-compliance by Phoenix Pacific tech, installer for the fire alarm panel and transmitter system.
    b. Installation of riser and testing of existing system at Post 7.
    c. Pre-test and trouble shooting of transmitter and receiver for Posts 5, 6, 7, 8/8A, 9, 16, 17, 18, and DOME units. Contractor experiencing difficulties with activated alarms showing at the receiver.
    d. Installation of riser to main water line and FDC at Post 9.
    e. Installation of data plate for each riser. Contractor currently working with the project designer for the information to be placed on the data plate.
    f. Final inspection by Department of Public Works.

(2) Status quo on funding a previously reported change order request #4 submitted by the contractor to supply and install a backflow preventer system at Post 9 and repair of fire sprinkler main pipe for Post 7 and 18. Total cost for this change is $8,685.00.

(3) Leaks discovered and reported last month were repaired.

(4) Assessment of electronic locking mechanisms by DPW on going. Shipment of high security padlocks were received and replacement in progress.

(5) Preventive maintenance checks and services to generator units by vendor have not started due to issues surrounding non-payment of prior years. Issues were addressed and awaiting a respond from the vendor's management to proceed with the services based on the purchases orders issued.

1

Case 1:91-cv-00020    Document 128    Filed 06/23/2008    Page 5 of 10

EXHIBIT "A"

The contractor has submitted a request for extension of 30 calendar days to DPW to address the remaining work required. This extension will also address any "punch list" noted by DPW on their final inspection.

We are currently addressing another requirement to outfit another building located within ACF. The building known as Post 9A houses inmates categorized as minimum out. Communication on-going with the governor's office, ATTN: Mr. Art Mariano, Bureau of Planning for funding support. Proposed amount submitted by the contractor was $70,000.00. If approved, this will become another change order to the project.

A copy of the contractor's recent progress report dated May 29, 2008 and our report outlining the Department of Justice Essential Fire Safety listing are attached.

Attachment                                          JOSEPH M. MESA

Copy furnished: Warden, ASO, Captain Tupaz and Captain Lujan

# DEPARTMENT OF CORRECTIONS
# FIRE SAFETY REQUIREMENTS LISTING STATUS UPDATE

| UNIT / DESCRIPTION | TYPE | STATUS | REMARKS |
|---|---|---|---|
| ACF Main Bldg (Post 2, 3, 4, Galley and Operations | Fire Alarm | Completed | System tested and certified 15 Dec 06. Annual testing and certification done 19 Feb 08. |
| | Sprinkler System | | |
| | Fire Suppression System | | Ansul system checked, tested and certified 19 Feb 08 |
| Post 30 (FDF) | Fire Alarm | Completed | System tested and certified 8 Jun 06. Annual testing and certification done 19 Feb 08. |
| | Sprinkler System | | |
| | Fire Suppression System | | Amerex system checked, tested and certified 18 Feb 08 |
| | Self Contained Breathing Apparatus (SCBA) | 2 | |
| | Fire Retardant Mattress | 144 | Inventory report as of 16 Oct 07 |
| | Fire Retardant Pillows | 36 | Inventory report as of 16 Oct 07 |
| | Electronic Locking Device | 0% | Electronic, electrical and mechanical deficiencies discovered |
| Post 30A (GDF) | Fire Alarm | Completed | System tested and certified 18 Jan 08. |
| | Sprinkler System | | |
| | Self Contained Breathing Apparatus (SCBA) | | |
| | Fire Retardant Mattress | 11 | Inventory report as of 16 Oct 07 |
| | Fire Retardant Pillows | 2 | Inventory report as of 16 Oct 07 |
| | Electronic Locking Device | 0% | |
| Post 2 | Self Contained Breathing Apparatus (SCBA) | 2 | |
| | Fire Retardant Mattress | 32 | Inventory report as of 16 Oct 07 |
| | Fire Retardant Pillows | 5 | Inventory report as of 16 Oct 07 |
| | Electronic Locking Device | 0% | Electronic, electrical and mechanical deficiencies discovered |
| Post 3 | Self Contained Breathing Apparatus (SCBA) | | |
| | Fire Retardant Mattress | 5 | Hand receipt updated 25 Feb 08 |
| | Fire Retardant Pillows | 4 | Hand receipt updated 25 Feb 08 |
| Post 4 | Self Contained Breathing Apparatus (SCBA) | 2 | |
| | Fire Retardant Mattress | 27 | Inventory report as of 16 Oct 07 |
| | Fire Retardant Pillows | 13 | Inventory report as of 16 Oct 07 |
| | Electronic Locking Device | 0% | Electronic, electrical and mechanical deficiencies discovered |
| Post 5 | Fire Alarm | 98% | Remaining work completed. Final inspection, testing and certification pending. |
| | Sprinkler System | | |
| | Self Contained Breathing Apparatus (SCBA) | 2 | |
| | Fire Retardant Mattress | 90 | Inventory report as of 16 Oct 07 |
| | Fire Retardant Pillows | 60 | Inventory report as of 16 Oct 07 |
| | Electronic Locking Device | 0% | Electronic, electrical and mechanical deficiencies discovered |

As of: 31 May 2008

# DEPARTMENT OF CORRECTIONS
# FIRE SAFETY REQUIREMENTS LISTING STATUS UPDATE

| UNIT / DESCRIPTION | TYPE | STATUS | REMARKS |
|---|---|---|---|
| Post 6 | Fire Alarm | 80% | Rewiring of smoke detectors to fire alarm panel, testing and certification. |
| | Sprinkler System | | |
| | Self Contained Breathing Apparatus (SCBA) | 2 | |
| | Fire Retardant Mattress | 41 | Inventory report as of 16 Oct 07 |
| | Fire Retardant Pillows | 9 | Inventory report as of 16 Oct 07 |
| | Electronic Locking Device | 0% | Electronic, electrical and mechanical deficiencies discovered |
| Post 7 | Fire Alarm | 60% | Riser upgrade completed. Pressurization of system pending. |
| | Sprinkler System | | Testing and certification. |
| | Self Contained Breathing Apparatus (SCBA) | 2 | |
| | Fire Retardant Mattress | 44 | Inventory report as of 16 Oct 07 |
| | Fire Retardant Pillows | 34 | Inventory report as of 16 Oct 07 |
| | Electronic Locking Device | 0% | Electronic, electrical and mechanical deficiencies discovered |
| Post 8 and 8A | Fire Alarm | 98% | Remaining work completed. Final inspection, testing and certification pending. |
| | Sprinkler System | | |
| | Self Contained Breathing Apparatus (SCBA) | 2 | |
| | Fire Retardant Mattress | 49 | Inventory report as of 16 Oct 07 |
| | Fire Retardant Pillows | 44 | Inventory report as of 16 Oct 07 |
| | Electronic Locking Device | 0% | Electronic, electrical and mechanical deficiencies discovered |
| Post 9 | Fire Alarm | 85% | Status quo. Change order #4 pending local funding. Installation of riser to main water line and FDC pending. |
| | Sprinkler System | | |
| | Self Contained Breathing Apparatus (SCBA) | 2 | |
| | Fire Retardant Mattress | 29 | Inventory report as of 16 Oct 07 |
| | Fire Retardant Pillows | 19 | Inventory report as of 16 Oct 07 |
| Post 16 | Fire Alarm | 98% | Remaining work completed. Final inspection, testing and certification pending. |
| | Sprinkler System | | |
| | Self Contained Breathing Apparatus (SCBA) | 2 | |
| | Fire Retardant Mattress | 80 | Inventory report as of 16 Oct 07 |
| | Fire Retardant Pillows | 62 | Inventory report as of 16 Oct 07 |
| | Electronic Locking Device | 0% | Electronic, electrical and mechanical deficiencies discovered |
| Post 17 | Fire Alarm | 98% | Remaining work completed. Final inspection, testing and certification pending. |
| | Sprinkler System | | |
| | Self Contained Breathing Apparatus (SCBA) | | |

As of: 31 May 2008

DEPARTMENT OF CORRECTIONS
FIRE SAFETY REQUIREMENTS LISTING STATUS UPDATE

| UNIT / DESCRIPTION | TYPE | STATUS | REMARKS |
|---|---|---|---|
| Post 18 | Fire Alarm | 98% | Remaining work completed. Final inspection, testing and certification pending. |
| | Sprinkler System | | |
| | Self Contained Breathing Apparatus (SCBA) | | |
| | Fire Retardant Mattress | | |
| | Fire Retardant Pillows | | |
| | Electronic Locking Device | 0% | Requires new installation. |
| Post 24 | Fire Alarm | 98% | Remaining work completed. Final inspection, testing and certification pending. |
| | Sprinkler System | | |
| | Self Contained Breathing Apparatus (SCBA) | 2 | |
| | Fire Retardant Mattress | 47 | Inventory report as of 16 Oct 07 |
| | Fire Retardant Pillows | 35 | Inventory report as of 16 Oct 07 |
| | Electronic Locking Device | 0% | Electronic, electrical and mechanical deficiencies discovered |
| Post 25 (INS DOME) | Fire Alarm | 98% | Remaining work completed. Final inspection, testing and certification pending. |
| | Sprinkler System | | |
| | Self Contained Breathing Apparatus (SCBA) | | |
| | Fire Retardant Mattress | | |
| | Fire Retardant Pillows | | |
| Post 29 (INS DOME) | Fire Alarm | 98% | Remaining work completed. Final inspection, testing and certification pending. |
| | Sprinkler System | | |
| | Self Contained Breathing Apparatus (SCBA) | | |
| | Fire Retardant Mattress | | |
| | Fire Retardant Pillows | | |
| INS DOME | Fire Alarm | 98% | Remaining work completed. Final inspection, testing and certification pending. |
| | Sprinkler System | | |
| | Self Contained Breathing Apparatus (SCBA) | | |
| | Fire Retardant Mattress | | |
| | Fire Retardant Pillows | | |
| Post 28 | Fire Alarm | 98% | Remaining work completed. Final inspection, testing and certification pending. |
| | Sprinkler System | | |
| | Self Contained Breathing Apparatus (SCBA) | | |
| | Fire Retardant Mattress | 15 | Inventory report as of 16 Oct 07 |
| | Fire Retardant Pillows | 15 | Inventory report as of 16 Oct 07 |

As of: 31 May 2008

DEPARTMENT OF CORRECTIONS
FIRE SAFETY REQUIREMENTS LISTING STATUS UPDATE

| UNIT / DESCRIPTION | TYPE | STATUS | REMARKS |
|---|---|---|---|
| Generator Standby Units (Monthly preventive maintenance checks and services) | Main Bldg | Yes | P086A03422 (Effective Mar 08) |
| | Post 8 | Yes | P086A03428 (Effective Mar 08) |
| | Post 16 | Yes | P086A03427 (Effective Mar 08) |
| | Post 17 | Yes | P086A03422 (Effective Mar 08) |
| | Post 24 | Yes | P086A03914 (Effective Apr 08) |
| | Post 30 (FDF) and 30A (GDF) | Yes | P086A03424 (Effective Mar 08) |
| Fire Alarm and Sprinkler System Service | Post 30 (FDF) and 30A (GDF) AND ACF Main Bldg | Yes | P086A03432 (Effective Mar 08) |
| Hood Fire Suppression System Service/Recertification | ACF and HDF Galley | Pending | Q081300-133. Scheduled for Aug 08 |