IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL CASE NO. 91-00020 |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| TERRITORY OF GUAM, *et al.*, | ) | |
| Defendant. | ) | |

The court hereby orders a Status Hearing in the above-captioned case at 1:15 p.m. on Wednesday, August 27, 2008, to discuss the Monitor's Report and inspection by representatives from the U.S. Department of Justice.

**IT IS SO ORDERED.**

/s/ Frances M. Tydingco-Gatewood
  **Chief Judge**
  **Dated: Aug 26, 2008**