CASE NO.: CV-91-00020     DATE: August 27, 2008
CAPTION: USA -vs- Government of Guam

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

| | |
|---|---|
| Law Clerk: Geraldine A. Cepeda | Court Reporter: Wanda Miles |
| Courtroom Deputy: Leilani Toves Hernandez | Electronically Recorded: 1:28:45 - 1:40:40 |
| CSO: J. Lizama | |

**APPEARANCES:**

| Counsel for Plaintiff(s) | Counsel for Defendant(s) |
|---|---|
| M. Schwab - U.S. Attorney's Office | D. Lawrence - Assistant Attorney General - Government of Guam |
| L. Coon - U.S. Department of Justice | |
| J. Murray - Investigator for Department of Justice | |

**PROCEEDINGS: Status Hearing**

- Also present: J. Bradley Klemm - Independant Monitor.
- Parties advised the Court that experts were on island to inspect and review compliance with the stipulated agreement.
- Mr. Klemm to submit his Monitor's Report once the experts complete their review.

NOTES: